IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHNSON, | No. C 07-6000 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| Warden EVANS, JERRY BROWN, and C. RICE, | |
| Respondents. | |

This pro se habeas action was filed on November 28, 2007. On that same day the court notified petitioner that his application for leave to proceed in forma pauperis was deficient because he had provided neither a copy of his inmate trust account nor a certificate of funds in his inmate account. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. Petitioner has not remedied the deficiencies. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: January    8   , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\JOHNSON,C6000.DSIFP.wpd