**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHNSON, | No. C 07-6000 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| Warden EVANS, JERRY BROWN, and C. RICE, | |
| Respondents. / | |

Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: January  8 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\JOHNSON,C6000.JUD.wpd