```
1  MR. CHRISTOPHER JOHNSON                    FILED
2  #E65821 - SVSP- D1-105                     MAR 13 PM 3:32
3  P.O. BOX 1050
4  SOLEDAD, CA. 93960
5  IN PROPRIA PERSONA
6
7         IN THE UNITED STATES DISTRICT COURT
8       FOR THE NORTHERN DISTRICT of CALIFORNIA
9  CHRISTOPHER JOHNSON       NO. C07-6000 &
                             NO. C07-5766 WHA (PR)
10          PETITIONER,      MOTION FOR "EXPEDITED
11     VS.                   CONSIDERATION" FOR
12 WARDEN EVANS, ET AL       APPOINTMENT OF COUNSEL AND/
13          RESPONDENTS /    OR RULING ON C07-6000
14 TO THE HONORABLE JUSTICE WILLIAM ALSUP:
15
16 PETITIONER - PLAINTIFF CHRISTOPHER JOHNSON'S LEGAL
17 MATTERS ARE BEING SABOTAGED BY WILLIAM BABBITT AND
18 MICHELLE GANDY & OTHERS OCCUPYING GOVERNMENT JOBS,
19 DURING THE COURSE OF A RICO ACT STING OPERATION WHICH
20 IS A MULTI-JOINT TASK FORCE GOVERNMENT CAPITALIST VENTURE
21 WHICH VIOLATES THE EMINENT DOMAIN CLAUSE IN AN ATTEMPT
22 TO ABRIDGE AND ABROBIGATE MY FEDERAL FUNDAMENTAL
23 GUARANTEED RIGHTS. FOR THE RECORD, AT BEST RECEIVING
24 STOLEN PROPERTY/OR PETTY THEFT MIGHT HAVE BEEN APPLICABLE
25 BUT IF MY MEMORY SERVES ME CORRECTLY THERE WAS NO LEGAL
26 "PROBABLE CAUSE" FOR THE OFFICER TO STOP OR PULL OVER
27 MR. CHRISTOPHER JOHNSON - JUST LIKE THERE'S NO REASON FOR
28 ME, TO BE ON THE INTERNET - WHILE MY FAMILY IS BEING MURDERED.
```

\* VIOLATIVE OF UN COVENANT ARTICLES CONCERNING INHUMANE MISTREATMENT OF PRISONERS.

1.



1  FOR HIRE - RAPED FOR PROFIT - AND KIDNAPPED FOR RANSOM,
2  BASICALLY AT THE HANDS OF GOV'T. OFFICIALS OR SUBSIDIARIES THEY
3  HIRE THRU THE PRISON ADMINISTRATION. NOT ONCE HAVE I AGREED
4  TO ALLOW DR. DOWNS, S. PLAZA, B. WEDNEISKI, MICHELLE GANDY
5  AND BABBITT (AMONG OTHERS) TO SIGN ME UP FOR (CONSENT) BROAD-
6  BAND - NANOGEN OR LUCENT TECHNOLOGIES WHICH THEY CURRENTLY
7  UTILIZE IRRESPONSIBLY TO RAPE ME, STAB ME, IN ATTEMPTS TO
8  MURDER ME THEY CYBER SUCTION OUT MY PAIN MEDICINE TYLENOL #3
9  (A NARCOTIC), WHICH THEY ALSO SELL. THEY'VE REMOVED SO MUCH
10 FROM ME IN UNDOCUMENTED EXPERIMENTS - I'VE BEEN CLASSIFIED
11 BY DRS. WEINSTOCK AS "GRAVELY DISABLE". I WEIGHT ABOUT 127lbs
12 BECAUSE THEY REMOVE MY FOOD & STEAL MY SEMIN, BLOOD & OTHER
13 D.N.A. AS A HEALTH FOOD - BREAKFAST - LUNCH & DINNER RESTURANT
14 WHICH IS FEDERAL BUREAU INVESTIGATION MANAGED 24 HOURS
15 A DAY. THERE'S NO WAY THE GOV'T. CAN CONTINUE IT'S ILLEGAL
16 GROSS GOVERNMENTAL MISCONDUCT - ALLOWING ORACLE, NANOGEN
17 LUCENT TECHNOLOGIES, MICRO-ADVANCED SYSTEMS, BROADBAND -
18 COMCAST, DR. DOWNS, B. SCHNEIDER, W. BABBITT, S. PLAZA, M. GANDY,
19 & AMONG OTHERS TO CONTINUE TO USE BARBARA WEDNEISKI IN IT'S
20 OVER DUE CIA & FBI INVESTIGATIONS TO SACRAFICE ME, MY
21 FAMILY, LIBERTY, LIFE & FREEDOM. YOU AS A FEDERAL OFFICIAL
22 - IT IS YOUR DUTY AND PROFESSIONAL RESPONSIBILITY TO TERMINATE
23 IT'S GOV'T. FAIL/SAFE PROGRAM THE SAME WAY THE GOV'T. DID
24 MY FATHER JOHNNY RAY JOHNSON. ALL OF MY INHERITANCES WERE
25 STOLEN - EVEN WITHEN CDCR REPRISAL'S FOR LITIGATION PENDING
26 NO LAW LIBRARY FOR ME, PACKAGES, MAIL, APPLIANCES, VISITS, LEGAL
27 VISITS AND NO MONEY IS BEING PLACED ON MY BOOKS - ALL OF MY LEGAL
28 CASES WERE STOLEN (BOOKS, LAW WORK, PAPERS, BUSINESS PLAN'S, ECT.)

* VIOLATION OF AMERICAN'S W/ DISABILITY ACT!

2.

1. UPON MY RETURN FROM CTC - I WAS SUPPOSED TO BE TAKEN TO
2. D2-129 - INSTEAD I HAD EVERYTHING STOLEN FROM ME BY PRISON
3. OFFICIALS WRONGFULLY. I WAS TAKEN TO CELL D1-105 AND A
4. HOST OF REPRISALS WERE TAKEN AGAINST ME! WHEELCHAIR WAS
5. IMMEDIATELY TAKEN, NEW MATTRESS CONFISCATED, VEGETARIAN
6. STATUS - DOUBLE PORTIONS NOT HONORED BY CUSTODY (CHRONO)
7. I SHOW THE DOCTOR'S ORDERS/CHRONO TO THE GUARDS AND THEY
8. HAVE NOT ONCE GIVEN ME WHAT WAS ORDERED REGARDING FOOD.
9. I'M "GRAVELY DISABLED" BUT IT'S NOT FROM NOT EATING - IT'S BE-
10. CAUSE I AM SACRAFICED ILLEGALLY & TERMINALLY ILL AS
11. GOV'T. AND PUBLIC CONTINUE TO UTILIZE ME AS ENTERTAINMENT
12. FEDERALLY PROSTITUTING DR. PAULA BONELLA & OTHERS UNDER
13. NARCO RICO FEDERAL ENTERTAINMENT. I CANNOT COMPETE WITH
14. NASA SATELLITES STEALING MY FOOD & NUTRIENTS FROM
15. MY BODY! THEN TO HAVE SERIOUS MEDICAL NEEDS AND THE
16. GOV'T. ACTS DILLIBERATELY INDIFFERENT TO THEM SUCH AS
17. "WHEELCHAIR", "NEW MATTRESS" & EXTRA FOOD "DOUBLE PORTION" -
18. HECK YOUR HONOR - I WON'T OR CAN'T GO SHOWER DUE TO GUARD
19. HARASSMENT & REPRISALS TAKEN AGAINST ME - THEY ACT LIKE
20. "TOTAL JERKS & NIN COME POOPS". AS I'VE INDICATED - I CANNOT
21. AFFORD COUNSEL - AND CASE #07-6000 WHICH I FILED
22. RACKETEERING INFLUENCE A CORRUPT ORGANIZATION R.I.CO.
23. ACT CHARGES BE ENACTED IN MY BEHALF - PURSUANT TO THE
24. FEDERAL RULES OF COURT - THERE'S BEEN A 28 DAY LAPSE -
25. WITHOUT A FORMAL ON THE RECORD RULING IN MY CASE PENDING.
26. AGAIN, CAN YOU FILE THE RICO ACT STATUES IN MY BEHALF
27. AND ASSIST ME WITH THE EXCULPATORY EVIDENCE TO EXONERATE
28. ME & PROVIDE "EXECUTIVE CLEMENCY - PARDON" & INTERNET REMOVAL.

\* PLEASE NOTE EXHIBIT "A"

3.

1. I AM WHOLLY WITHOUT FUNDS SUFFICIENT TO SECURE COUNSEL TO
2. REMOVE ME OFF THE INTERNET OR TO DO A DILLIGENT INVESTIGATION.
3. THEY SABOTAGED MY LEGAL AFFAIRS AND TOOK MY BEST FRIEND
4. GIRL IN THE PROCESS. I DON'T KNOW WHAT IT TAKES TO ESTABLISH
5. THE J.A.X.A. SATELLITE OR QUAL.COM/PEGASUS PROJECT BUT
6. I WOULD REALLY APPRECIATE IT IF YOU COULD ARRANGE A
7. MEETING OF SORTS WITH THE NECESSARY OFFICIALS IN CHARGE
8. IN WASHINGTON D.C. PERSONALLY, I THINK IT WOULD BE HORRIBLE
9. FOR BLACK JESUS AKA **KING CYRUS** TO BE CONTINUALLY
10. KEPT IN PRISON MALNUTRITIONED & EXPERIMENTED UPON BY
11. GOV'T. RAPED, THEFT, TORTURED & THEN KILLED DURING A HOST
12. OF SCIENTIFIC, MEDICAL & TORTURE PSYCHOLOGICAL EXPLOITS. ALSO,
13. THEY USE ME FOR A GENOCIDE MACHINE - AIDS BIOFILM IS
14. PLACED INTO MY SYSTEM, AS WELL AS NANOGEN NUCLEAR RAT EGGS
15. ARE INSIDE S. PLAZA, THE PUBLIC SHOULDN'T BE LIED TO & GIVEN
16. H.I.V. EPIDEMIC WHICH IS TANTAMOUNT TO THE GOV'T. ENACTING
17. TOXIC WASTE MANAGEMENT UPON THE PUBLIC / CIVILIANS TARGET-
18. ING UNDERAGE MINORS AS WELL SURELY SOMETHING NEEDS TO
19. BE DONE - OTHER THEN PIMPING BLACK SLAVES & PROSTITUTING
20. INMATES. WHICH IS ALL TANTAMOUNT TO SLAVERY W/ A GOV'T.
21. "DEATH CHAMBER" AT SALINAS VALLEY STATE PRISON, GROSS
22. GOV'T. MISCONDUCT - MALFEASANCE & DERILECTION OF GOV'T DUTY TO
23. SUPPORT SAFE & SECURE CUSTODY - DUE PROCESS & EQUAL PROTECTION
24. OF THE LAWS.
25.     I, MR. CHRISTOPHER JOHNSON, DO DECLARE UNDER PENALTY OF
26. PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. AND I'M
27. ILLEGALLY RESTRAINED DURESS PER MINUS AT SALINAS VALLEY STATE
28. PRISON THIS __7TH__ MARCH, YEAR OF __2008__

4.    *Mr. Christopher Johnson*

IN RE: C07-5700
C07-6000 VERIFICATION / AFFIDAVIT OF MR. C. JOHNSON

BASICALLY I, CHRISTOPHER JOHNSON, STATE ATTEST TO THE FOLLOWING: I WAS KIDNAPPED FROM MY YOUTH – WITH THE GOV'T. CONSPIRACY THEORY OF P.B.S. PIMPING BLACK SLAVES UNDER GANGSTER TACTIC CONSORTIUM OF PROCTERING & GAMBLE. I BELIEVE THEY GAVE ME THE "UNSPOKEN CARREER CRIMINAL ACT", WHILE SECRETLY BILKING A FORTUNE FROM ME THRU THE LAW OFFICES OF EUGENE SCHNEIDER, AT 5050 BROADWAY IN OAKLAND CALIFORNIA. I KNOW THAT THE TRILATERAL COMMISSION ACTS AS OLD WISEMEN OR EXECUTIVES (ATHEIST) OVERALL / OVERSEERS (JANUS·SUN) IN PRISON ADMINISTRATION BANKING TO PROPERTY TO THE INTERNATIONAL COMMUNITY AND THEY'VE SUPPORTED SLAVERY, DEVIL-WORSHIP, WITCA WITCHCRAFT, DEMONIC-POSSESSION AND A HOST OF OTHER BARBARIC-SICK MURDERS OF BLACK PEOPLE OR PEOPLE OF COLOR WHO STAND AGAINST RACIST SICK AMERICA'S CORPORATE GREEDY DEBORAH DOWNS & BERNICE SCHNEIDER. THESE ARE SHREWD EVIL ALIEN'S WHO LEECH OFF OTHERS IDEAL'S – THEY KILL THE CREATOR OR INVENTOR AND SUBSCRIBE TO KU KLUX KLAN OR KILLUMINATI TYPE MENTALITY. THEY'VE STOLEN MY INHERITANCES OF: ANNE LAWRENCE, JOHNNY RAY JOHNSON, OPRAH WINPHREY, DONALD GRAHAM, EUGENE SCHNEIDER, MICHEAL NUNEZ & OTHERS. I'VE BEEN KEPT IN PRISON OVER 18 YEARS WHILE THEY STEAL MY SEMIN OR DNA VINDICTIVELY TORTURING ME & FOR THE LAST 3 YEARS PLUS NANOGEN TECH + LUCENT TECH RAPED BY GUARDS & INMATES / PUBLIC – PROSTITUTED MALICIOUSLY WITHOUT PENALOGICAL JUSTIFICATION – NOT EVEN AFFORDED HYGEINE MATERIALS SUCH AS TOOTH PASTE, DEODERANT, FOOD PACKAGES, STORE & I AM ANEMIC "GRAVELY DISABLE" POSSIBLY W/ H.I.V. WITH NO ADEQUATE MEDICAL CARE TREATMENT. THE GOVERNOR & PRESIDENT WATCHES ME RAPED ON THE INTERNET – SLAVERY "BLAXPLOITATON" & CYBER TERRORISM THEY FAIL TO REMOVE ME OFF THE INTERNET & HAVE KILLED, MURDERED & RAPED MANY PEOPLE WHO TRY TO GET ME OFF THE INTERNET SUCH AS: ELIZA JACKSON, CARRIE OLA THOMAS, CHARLES THOMAS, ED BRADLEY, JOHNNY RAY JOHNSON, KIM JUNG YIL, JOHNNY COCHRANE, CORETTA SCOTT KING, FIDEL CASTRO, NELSON MANDELA, JAMES BROWN, BORIS YELTSIN & MANY MANY OTHERS WITH NASA NUCLEAR LASER OR NANOGEN NUCLEAR EGGS WHILE CONDUCTING DR. DOWNS – DEATH EXPERIMENTS & OTHER CONTRACT KILLS WITHEN THE U.S. GOV'T. WORKS PROGRAM CALLED FAILED / SAFE CONCLUSION.

1.

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, **MR. CHRISTOPHER JOHNSON**, declare under penalty of perjury that: I am the **PETITIONER** in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this **7TH** day of **MARCH**, 20**08**, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) *Mr. Christopher Johnson*
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, **MR. CHRIS JOHNSON**, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/~~not~~ a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On **3/10**, 20**08**, I served the foregoing: **MOTION FOR "EXPEDITED CONSIDERATION" FOR APPOINTMENT of COUNSEL AND / OR RULING ON C07-6000**
(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

| OFFICE of THE CLERK, US. DIST. CT. NORTHERN DISTRICT of CALIFORNIA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA, 94102 | ATTORNEY GENERAL 455 GOLDEN GATE AVE. STE. 11,000 SAN FRANCISCO, CA. 94102 ATTN: CORRECTIONS LAW SECTION |

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **3/10**, 20**08**        *Mr. Christopher Johnson*
DECLARANT/PRISONER

EXHIBIT "A"

STATE OF CALIFORNIA　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| Item | P/T | Item | P/T |
|---|---|---|---|
| None | | Bottom Bunk | **P**/T |
| Barrier Free/Wheelchair Access | P/T | Single Cell (See 128-C date: ____ ) | P/T |
| Ground Floor Cell | **P**/T | Permanent OHU / CTC (circle one) | P/T |
| Continuous Powered Generator | P/T | Other _____ | P/T |

## B. MEDICAL EQUIPMENT/SUPPLIES

| Item | P/T | Item | P/T |
|---|---|---|---|
| None | | Wheelchair: (type) _____ | **P**/T |
| Limb Prosthesis | P/T | Contact Lens(es) & Supplies | P/T |
| Brace | P/T | Hearing Aid | P/T |
| Crutches | P/T | Special Garment: (specify) _____ | P/T |
| Cane: (type) _____ | P/T | Rx. Glasses: _____ | P/T |
| Walker | P/T | Cotton Bedding | P/T |
| Dressing/Catheter/Colostomy Supplies | P/T | Extra Mattress NEW MATTRESS | **P**/T NEED |
| Shoe: (specify) _____ | P/T | Other _____ | P/T |
| Dialysis Peritoneal | P/T | | |

## C. OTHER

| Item | P/T | Item | P/T |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) _____ | P/T |
| Attendant to assist with meal access and other movement inside the institution. | P/T | Communication Assistance | P/T |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P/T |
| | | Short Beard | P/T |
| Wheelchair Accessible Table | P/T | Other _____ | P/T |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?　☒ Yes　☐ No

If yes, specify: No walking, standing, climbing

| INSTITUTION | COMPLETED BY (PRINT NAME) | TITLE |
|---|---|---|
| SVSP | BOWMAN | MD |

SIGNATURE: Robert Bowman MD　　DATE: 9/10/07

HCM/CMO SIGNATURE: _____　　DATE: 9/11/07

(CIRCLE ONE) **APPROVED** / DENIED

copy to work supervisor

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH:
D2129
JOHNSON
E 65821

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (03/04)

Distribution: Original - Unit Health Record　Canary - Central File　Pink - Correctional Counselor　Gold - Inmate

STATE OF CALIFORNIA
DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)
CDC 1845 (Rev. 01/04)  CHECK ALL APPLICABLE

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM |
|---|---|---|---|---|
| JOHNSON, CHRISTOPHER | E-65821 | SVSP | D3 111 | 7/20 |

Sections A - B to be completed by licensed medical staff.

**SECTION A: REASON FOR INITIATION OF FORM**
- ☐ Inmate self-identifies to staff
- ☐ Third party evaluation request
- ☐ Observation by staff
- ☒ Medical documentation or Central File information

**SECTION B: DISABILITY BEING EVALUATED**
- ☐ Blind/Vision Impaired
- ☐ Speech Impaired
- ☐ Deaf/Hearing Impaired
- ☒ Mobility Impaired

Sections C - G to be completed by a physician only.

**SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT**

1. ☐ FULL TIME WHEELCHAIR USER - DPW
   Requires wheelchair accessible housing and path of travel.
2. ☒ INTERMITTENT WHEELCHAIR USER - DPO
   Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.
3. ☐ MOBILITY IMPAIRMENT - With or Without Assistive Device (Wheelchairs shall not be prescribed) - DPM
   Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.
4. ☐ DEAF/HEARING IMPAIRMENT - DPH
   Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.
5. ☐ BLIND/VISION IMPAIRMENT - DPV
   Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).
6. ☐ SPEECH IMPAIRMENT - DPS
   Does not communicate effectively speaking or in writing.

**SECTION D: PERMANENT DISABILITIES NOT IMPACTING PLACEMENT**

1. NO CORRESPONDING CATEGORY
2. NO CORRESPONDING CATEGORY
3. ☐ MOBILITY IMPAIRMENT (Lower Extremities) - DNM
   Walks 100 yards without pause with or without assistive devices.
   ☐ No Housing Restrictions  ☐ See HOUSING RESTRICTIONS in Section E
   ☐ Requires relatively level terrain and no obstructions in path of travel. Do not place at: CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C: _____)
4. ☐ HEARING IMPAIRMENT - DNH
   With residual hearing at a functional level with hearing aid(s).
5. NO CORRESPONDING CATEGORY
6. ☐ SPEECH IMPAIRMENT - DNS
   Does not communicate effectively speaking, but does when writing.

**SECTION E: ADDITIONAL MEDICAL INFORMATION**

CSR ALERT:
- ☒ Requires relatively level terrain and no obstructions in path of travel
- ☐ Complex medical needs affecting placement  ☐ CDC 128-C 7/20/05

HEALTH CARE APPLIANCE / IDENTIFICATION VEST:
☐ Cane  ☐ Crutch  ☐ Walker  ☐ Leg/Arm prosthesis  ☐ V
☒ Other: LOWER CHAIR  ☐ CDC 128-C(s) dated: 7/2

ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:
☐ Feeding or Eating  ☐ Bathing  ☐ Grooming  ☐ W/C transferring
☐ Toileting  ☐ Other: _____  ☐ CDC 128-C(s) dated: _____

OTHER DPP DESIGNATIONS:
☐ NONE
CODE   DATED   CODE   DATED

HOUSING RESTRICTIONS:  ☒ Lower bunk  ☒ No stairs  ☒ No triple bunk.  CDC 128-C(s) dated: 7/20/05

**SECTION F: EXCLUSIONS**

- ☐ VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED: My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).
- ☐ REMOVAL FROM A DPP CODE: Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)
- ☐ REMOVAL FROM ENTIRE PROGRAM: Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

**SECTION G: EFFECTIVE COMMUNICATION FACTORS**

☐ Uses Sign Language Interpreter (SLI)  ☐ Reads Braille  ☐ Communicates with written notes  ☐ Requires large print or magnifier
☐ Reads lips  ☐ NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

PHYSICIAN'S COMMENTS: *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*
NEEDS WHEELCHAIR BECAUSE OF LOW BACK PAIN

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| ROBERT BOWMAN | [signature] | 7/20/05 |
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |
| C.D.L.R. | [signature] | 8/1/05 |

NOTE: After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

DISTRIBUTION: Original - Top General Chrono Section of C-File;  Green - Chrono Section, Unit Health Record  Canary - C&PR/CC-III;  Pink - CC-I;  Gold - Inmate

MR. CHRISTOPHER JOHNSON
SALINAS VALLEY STATE PRISON
#E65821 - D1-105
P.O. BOX 1050
SOLEDAD, CA 93960

LEGAL MAIL

STATE PRISON
GENERATED MAIL

OFFICE OF THE CLERK, US DISTRICT CT.
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102
ATTN: HON. WILLIAM ALSUP - & CT CLERK

STATE PRISON
GENERATED MAIL

CONFIDENTIAL



02 1A
0004397458
MAILED FROM ZIPCODE 93960
$01.14⁰
MAR 11 2008
UNITED STATES POSTAGE
PITNEY BOWES