```
                                    FILED
                              08 APR 21 PM 1:43
                              RICHARD W. WIEKING
                              CLERK, U.S. DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MR. CHRISTOPHER JOHNSON,
　　　　　　　　Plaintiff,

vs.

WARDEN EVANS, ET AL
　　　　　　　　Defendants

CASE NO. C07-6000 WHA

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, **MR. CHRIS JOHNSON**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____Ø_____   Net: ____Ø_____

Employer: _____NOT APPLICABLE_____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____ NOT APPLICABLE _____
6  _____

7  5.  Do you own or are you buying a home?    Yes ___  No ✓
8  Estimated Market Value: $ ∅.00    Amount of Mortgage: $ ∅.00
9  6.  Do you own an automobile?    Yes ___  No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ ∅.00
12 Monthly Payment: $ ∅.00
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ ∅.00
17 Do you own any cash? Yes ___ No ✓ Amount: $ ∅.00
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ ∅.00                    Utilities: ∅.00
23 Food: $ ∅.00                    Clothing: ∅.00
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26   N/A                  $ ∅.00                  $ ∅.00
27 _____          $ _____          $ _____
28 _____          $ _____          $ _____    9.  Do

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _UNITED PARCEL SERVICE 1989  $8.35_
5  _U.P.S._
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or           Yes ___ No ✓
10      self employment
11  b.  Income from stocks, bonds,        Yes ___ No ✓
12      or royalties?
13  c.  Rent payments?                    Yes ___ No ✓
14  d.  Pensions, annuities, or           Yes ___ No ✓
15      life insurance payments?
16  e.  Federal or State welfare payments, Yes ___ No ✓
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____NOT APPLICABLE_____
22  _____

23  3.  Are you married?                  Yes ___ No ✓
24  Spouse's Full Name:  _NOT APPLICABLE_
25  Spouse's Place of Employment:  _N/A_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _∅.00_   Net $ _∅.00_
28  4.  a.  List amount you contribute to your spouse's support: $ _∅.00_

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____NOT APPLICABLE_____
4 | _____
5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____NOT APPLICABLE_____
10 | _____
11 |    I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |    I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | 4/17/08                    Mr Christopher Johnson
17 |    DATE                         SIGNATURE OF APPLICANT

MR. CHRISTOPHER JOHNSON
SALINAS VALLEY STATE PRISON
#E65821 - D1-105
P.O. BOX 1050
SOLEDAD, CA. 93960

LEGAL MAIL

STATE PRISON
GENERATED MAIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102



02 1A
0004397458
MAILED FROM ZIPCODE 9396
UNITED STATES POSTAGE
$01.14
PITNEY BOWES
APR 18 200