```
1  MR. CHRISTOPHER JOHNSON
2  SALINAS VALLEY STATE PRISON                FILED
3  #E65821 - DB-111                           08 APR 21 PM 1:43
4  P.O. BOX 1050                              RICHARD W. WIEKING
5  SOLEDAD, CA. 93960                         CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
6  IN PROPRIA PERSONA
7
8        IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 MR. CHRISTOPHER JOHNSON,         NO. C07-6000 WHA
              PLAINTIFF,
11
12      VS.                         REQUEST FOR APPOINTMENT
13 WARDEN EVANS,                    OF COUNSEL AND DECLARATION
14            ET. AL.               OF INDIGENCY
              DEFENDANTS.
15
16      I, CHRISTOPHER JOHNSON, DECLARE THAT I AM THE DEFENDANT
17 TO THE ABOVE-REFERENCED MATTER, THAT I AM INCARCERATED AT
18 SALINAS VALLEY STATE PRISON, HERE AT SOLEDAD CALIFORNIA, AND
19 THAT I AM INDIGENT AND UNABLE TO AFFORD COUNSEL. MY TOTAL
20 ASSETS ARE $0.00 AND MY INCOME IS $0.00 PER MONTH.
21      I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THIS MATTER
22 SO THAT MY INTERESTS MAY BE PROTECTED BY THE PROFESSIONAL
23 ASSISTANCE REQUIRED. PETITIONER/PLAINTIFF CANNOT AFFORD TO
24 SECURE LEGAL COUNSEL. (SEE ENCLOSURE) FOR THE PAST 6 MONTHS
25 "HOLDS" HAVE BEEN PLACED ON MY BOOKS AND I COULD NOT EVEN
26 AFFORD POSTAGE OR PHOTOCOPYING SERVICES.
27      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
28 TRUE AND CORRECT AND EXECUTED ON: 4/6/08
                                      Mr. Christopher Johnson
```