June 30, 2008

Ninth Circuit Court
95 Seventh St
P.O. Box 193939
San Francisco, Ca. 94119

**FILED**

JUL - 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Greetings Court Clerk,

I am writing to you concerning a Writ of MANDATE FOR PROHIBITION FILED AS CV-07-6000 in William Alsup's court room on or about DEC. 25TH 2007. From my understanding he had 30 days to reply!

I am a layman at law, without proper legal books to represent myself but MY MOTION FOR APPT. of COUNSEL has also been ignored / unanswered. I don't know if the JUDGE has fell off the face of the Planet or not can you assist me with obtaining a formal Response and a Rules of Federal Court Procedures book?

Thank You Very Much! My motion to Consolidate CV-07-5766 & CV-07-6000 also is unanswered. Can you please help me?

Respectfully Conveyed,

C

RETURN TO:
MR. CHRISTOPHER JOHNSON
SALINAS VALLEY STATE PRISON
#E65821 - D1-105
P.O. Box 1050
SOLEDAD, CA. 93960