1  MR. CHRISTOPHER JOHNSON
2  #E65821 — L2-205L
3  CALIFORNIA MEDICAL FACILITY
4  1600 CALIFORNIA DRIVE
5  VACAVILLE, CA. 95814
6  IN PROPRIA PERSONA

FILED

AUG 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8      IN AND FOR THE UNITED STATES DISTRICT COURT
9         THE NORTHERN DISTRICT OF CALIFORNIA

10  MR. CHRISTOPHER JOHNSON
11            PETITIONER/PLAINTIFF
12        VS.
13  WARDEN EVANS, ET AL
14            DEFENDANTS/RESPONDENT

CASE NO.: WHA
C07- 6000 WHA

MOTION TO HALT RICO ACT
INVESTIGATION & LIFT PLAIN-
TIFF/PETITIONER FEDERAL
HOLD - IMMEDIATE FEDERAL
EXECUTIVE CLEMENCY or STAY
OF EXECUTION -FED. RELEASE
(INTERNET BROADBAND REMOVAL)

15

16  TO THE HONORABLE JUSTICE IN THE ABOVE - ENTITLED COURT
17  MATTERS PRESENTLY PENDING:
18     PLAINTIFF/PETITIONER THINKS/MOVES THIS COURT IN THE
19  NAME OF JEHOVAH-JIREH FOR IMMEDIATE SUPPORT -FEDERAL
20  RELEASE - FEDERAL HOLD REMOVAL FROM THE INTERNET AS
21  IT PURPORTS CRUEL AND TORTUOUS PUNISHMENT, PROMOTING
22  A HOST OF SAVAGE BARBARIC RAPES UNDER THE ESTABLISH-
23  MENT OF PROCTER & GAMBLING. THE UNITED STATES OF AME —
24  RICA'S CLANDESTINE ACTIVITY IS POURING SALT ON MY WOUNDS IN
25  A FLIP-FLOP SMEAR CAMPAIGNE AGAINST ME TO KEEP ME ON
26  THE INTERNET; WHILE ECONOMICALLY RELIEVING ME OF MY ANCE-
27  STRIAL INHERITANCES, ARCHEOLOGICAL DISCOVERIES, AND ———
                                              (CONTINUED)

COURT PAPER

(PG#2 CONT.)

1. IS LITERALLY FAILING TO EXONERATE ME INORDER TO STEAL
2. OR CONFISCATE MY FEDERAL EVIDENCE LOCKER, RICO ACT PROFIT,
3. WHILE GAINING PRESTIGE, INFLUENCE, FROM SABRINA PLAZA
4. WHO TAKES MY ESAR HADDON STATUS, BOOKS, LEGAL MAIL,
5. MONEY ORDERS, FINANCIAL WEALTH, TO GIVE TO OTHERS VIA
6. CORRECTIONAL & FEDERAL OFFICIAL SUPPORT OR BRIBERY - OR
7. THREATEN TO PLACE THEM ON THE INTERNET IN A SEXUALLY
8. GRAPHIC DEPICTION COMPROMISING THEIR OFFICIAL OCCUPATIONS
9. AND INTEGRITY, THUS SACRAFICING ME AND MY DN.A. SAMPLE
10. & CLONED / IMMACULATE CONTRACEPTION CHILDREN IN THEIR
11. BERNICE SCHNEIDER & DEBORAH DOWNS GOV'T. "CHRISTMAS"
12. STEM CELL RESEARCH; NANOGEN & LUCENT SK.WORKS OPERATION.
13.      THEIR BRIBERY HAS TAINTED THE INVESTIGATION AND
14. MY WELFARE & HEALTH CARE PLUS CUSTODIAL NEEDS. I'VE
15. BEEN MALICIOUSLY PERSECUTED & RE PROSECUTED ON THE
16. INTERNET. THE JUDGE ALSUP FAILED TO RECOGNIZE THE
17. WORDS "WRIT OF MANDATE / FOR PROHIBITION" 28 DAY COURT
18. RULE FOR RESPONSE. AS HE ALSO; FAILED TO HONOR CASE
19. #C 06-2720 DISMISSING IT WITH PREJUDICE. SO, THERE-
20. FORE, SINCE HE FAILED TO RESPOND-RESPONSIBLY IN 2
21. TWO INSTANCES IT IS HIGHLY UNLIKELY I WILL RECEIVE
22. A FAIR HEARING CONCERNING CASES #C 07-5766 &
23. C 07-6000. I'M INDICATING, FOR THE RECORD, HE WRONG-
24. FULLY MISASSIGNED / MISLABELED MY "WRIT OF MANDATE
25. FOR PROHIBITION" AS A "HABEAS CORPUS". SO THERE FORE,
26. I DON'T KNOW IF HE'S FALLING OFF GOD GOOD EARTH OR
27. IS REDISTRIBUTING MY WEALTH & INHERITANCES HIMSELF —
                                              (CON'T.)

2.

OURT PAPER
...
P 98 10494

1  BECAUSE THIS IS A MEMORANDUM FOR THE COURTS
2  TO HALT THIS FEDERAL INVESTIGATION IMMEDIATELY PUR-
   FRAP-9-1
3  SUANT TO FRAP-21 RULES OF COURT REQUIRING EMERGENCY
4  INTERVENTION - FROM THE DEPT. OF JUSTICE - PURSUANT TO
5  THE LAST WILL AND TESTAMENT OF GENE SCHNEIDER,
6  DONALD GRAHAM, DEBORAH DOWNS, JOHNNY R. JOHNSON AND
7  B. SCHNEIDER, CELIA CRUZ, FIDEL CASTRO, WARREN BUFFET,
8  MICHEAL NUNEZ & MANY OTHERS.
9      PRIME DIRECTIVE - CHIEF EXECUTIVE ORDER: FEDERAL
10  ACTIVATION - G·ACT OF CHRIST JESUS·JEHOVAH· JIREH
11  CYBERNETIC PEGASUS PROJECT, CANCEL BROADBAND -TERMI-
12  NATION IMMEDIATELY. FEDERAL HOLDS REMOVAL INTERNET &
13  FAIL/SAFE PROGRAM TERMINATION, INITIATE JAXA PROGRAM
14  SAFETY NET CHALDEAN'ESCORT - WITH ECTBATANA JERUSALEM
15  TO MT. ZION - ISRAEL OPEN UP THE BEAUTIFUL GATE,
16  KEYS TO THE KINGDOM, QUARTER MASTER STATUS SIGNATE
17  RING PER ME PHIBOSHETH EYES UNSEALED PLACE BERNICE
18  SCHNEIDER IN HER CRYOGENIC BASE - IMMEDIATELY PER ——
19  JEHOVAH - JIREH, CHRIST JESUS, AMEN KING CYRUS 47-1837
    KEEPER OF THE SEAL, NEW CHIEF ADMINISTRATION,
20  FEDERAL DIRECTIVE.
21      THERE IS A CONTINUAL CONSPIRACY AT SALINAS VALLEY
22  STATE PRISON - IN CENTRAL OPERATIONS! THE CONSPIRACY
23  CONSIST OF A CONFEDERATE CAPITALIZATION OF ECONOMIC
24  HIT MEN, INITIATING CRIMES OF HATE AGAINST BLACKS, HISPANICS
25  & CERTAIN WHITE PERSONS OF COLOR WHO ARE CHRISTIANS
26  OR JEHOVAH'S WITNESS. PEOPLE ARE ALLOWED INTO THE FACILITY
27  FROM THE PUBLIC TO BE PREYED UPON FOR SERVITUDE

* SALINAS VALLEY IS A DATE RAPE - DEATH CHAMBER!
(S.V.S.P.) DRUG/PROSTITION - RING, KIDNAPPING FOR PROFIT!



1  INDENTURED SERVITUDE WHICH CONSIST OF TIDEOUS MONOPOLY
2  OF PUBLIC SERVANTS /CIVILIANS TO BE EXECUTED IF THEY
3  WON'T STEAL, LIE, SELL DRUGS, PROSTITUTE FOR SABRINA
4  PLAZA, TAYLOR & TROTTER AT THE FACILITY — THEY USE
5  MY MILITARY CREDENTIALS, ESARHADDON STATUS & FEDE-
6  RAL U.A.L. GOV'T ACCOUNT TO VIOLATE THE EMINENT
7  DOMAIN CLAUSE — BREACH UNITED COVENANT ARTICLES
8  REGARDING THE PEACE AGREEMENT & HAVE SHOWN A
9  UTTER DISDAIN FOR THE HEALTH & SAFETY CODE AS WELL
10 AS THEY'VE SHOWN CONTINUAL ILL CONCERN REGARDING
11 FEDERAL DRUG ADMINISTRATION — INSTITUTIONS WELFARE
12 CODE REGARDING INHUMANE MISTREAT OF PRISONERS,
13 FURTHERMORE, VIOLATING MILITARY BREACHES OF PROTO-
14 COL BY MURDERING INNOCENT CIVILIANS & WORLD LEADERS,
15 WHILE PURPORTING "HATE CRIMES" AGAINST MY FAMILY AND
16 ORGANIZED CYBER-TERRORISM GLOBALLY KILLING MANY
17 WHO OPPOSE MY MISTREATMENT OR REMOVAL FROM THE
18 INTERNET.
19    THERE IS A CONTINUAL EXISTENCE OF A GRAVE CALAMITY
20 THAT I HAVE SEEN UNDER THE SUN: RICHES BEING KEPT
21 FROM THIER GRAND OWNER TO HIS CALAMITY. AND THOSE
22 RICHES PERISHED BECAUSE MY FATHER JOHNNY R. JOHNSON
23 WAS KILLED AND THEY STOLE HIS ESAR HADDON STATUS ALONG
24 WITH NUMEROUS OTHERS PATERNAL FAMILY EXECUTED BUT
25 ALL MY INHERITANCES & RICO ACT STOLEN. THESE CONSPI-
26 RATORS MISDIAGNOSED ME "PARANOID SCHIZOPHRENIC" VIA
27 THE PSYCHIATRIC STAFF A S.V.S.P. DR. WEINSTOCK & GLOVER &
   SEE EXHIBIT A                          (CON'T.)

1  GARLAN & OTHER ROGUE PSYCHOLOGICAL MENTAL HEALTH
2  CARE STAFF SUCH AS DR. NORUM ATTEMPTED TWICE (2x's) TO
3  FALSELY EVALUATE ME AS "GRAVELY MENTALLY INCOMPETANT" AND
4  UTILIZED THESE FABRICATED DOCUMENTS TO FACILITATE MY
5  ILLEGAL INCARCERATION TO THE BOARD of PRISON TERMS &
6  THE UNITED STATES DISTRICT (NORTHERN) COURT TO VIOLATE
7  MY MEANINGFUL ACCESS TO THE COURT & SABOTAGE, CIRCUM-
8  VENT MY FEDERALLY GUARANTEED FUNDAMENTAL RIGHTS, TO
9  PURPORT THEFT GLOBALLY of MY INTERNATIONAL STATUS AS
10  CHRIST JESUS - INHERITANCES WERE A TAKEN/STOLEN WITH
11  SABRINA PLAZA, DR. BONELLA, PAULA ABDUL, AND MANY OTHERS
12  HELP UNDER THE GUISE OF CRIME PREVENTION - RICO ACT -
13  FAIL/SAFE @ GV'T WORKS PROGRAM. HOWEVER, THEY DID NOT
14  HAVE MY CONSENT TO BEGIN WITH - TO EVEN MISLABEL OR
15  MISDIAGNOS OR MISTREAT ME AS I NEVER SIGNED "INFORMED
16  CONSENT FOR MENTAL HEALTH CARE" CDCR 7448 FORMS. THEY
17  FABRICATED GOV'T DOCUMENTS TO "KEYHEA ORDER" ME FORCED
18  MEDICATION (PSCHOTROPIC DRUGS) TO DISARM OR DISABLE MY
19  WRIT OF MANDATE PROHIBITION# C07-6000 AND CONSPIRACY
20  RICO CHARGES FILED WITH MARLA O. ANDERSON AND DEAN
21  FLIPPO (M.O. ANDERSON, JUDGE AND D. FLIPPO DISTRICT ATTORNEY) WHICH I
22  I FILED IN MONTEREY CO. SUPERIOR CT. PLEASE NOTE
23  EXHIBIT _A_ AND; EXHIBIT _B_ EXPRESSES PREJUDI-
24  CIAL OVERTURES UNDERMINING CONSTITUTIONAL LAW. IN MY
25  MY OPINION JUDGE ALSUP'S IS CREATING A CONFLICT OF INTER-
26  EST IN ALL MY FEDERAL CASES OR OTHERWISE IGNORING
27  AND OBSTRUCTING JUSTICE FAILURE TO RECOGNIZE MY
28  ▓▓▓▓ ESARHADDON STATUS AND MEPHIBOSHETH; WHILE MY

1. RIGHTS TO MEANINGFUL ACCESS TO THE COURT, RIGHTS TO A FAIR
2. AND IMPARTIAL HEARING AND JUDGE, RIGHT TO FREEDOM OF
3. JEHOVAH'S WITNESS RELIGION (NOT TO BE ON THE INTERNET ILLEGALLY
4. GAY/HATE CRIME BLAXPLOITATION/CYBER-TERRORISM), RIGHTS
5. TO FAIR JUDGEMENT TO BE RENDERED, RIGHTS TO COUNSEL,
6. RIGHTS TO COUNSEL AND SELF-REPRESENTATION, RIGHTS TO BE
7. FREE FROM PSYCHOLOGICAL, MEDICAL, SCIENTIFIC TESTING
8. OR SURGICAL OR OTHER HEALTH CARE WITHOUT INFORMED CON-
9. SENT, SPERM & OTHER D.NA. TAKEN DURING NASA GOV'T.
10. EXPERIMENTS WITH BROADBAND — LUCENT AND NANOGEN
11. TECHNOLOGIES WITHOUT CONSENT, RIGHT TO BE FREE FROM
12. TORTURE — VIOLATIONS OF MY INTELLECTUAL PROPERTY BEING
13. UTILIZED BOOKS, CLONED CHILDREN ALL WITHOUT CONSENT,
14. THE RIGHT TO INHERIT REAL ESTATE, OR OTHER PERSONAL
15. PROPERTY: BUSINESSES, FINANCIAL INSTITUTIONS, GOV'T.
16. GLOBAL ADMINISTRATIVE AUTHORITY, MILITARY ARCHIVES
17. & OTHER IMMEDIATE PERSONAL BELONGINGS STOLEN TAKEN
18. VIA COURT OF LAW OR OTHERWISE GIVEN/SOLD WITHOUT
19. INFORMED CONSENT. THIS IS TREASON BECAUSE I AM
20. ME PHIBOSHETH WHOSE ESARHADDON STATUS WAS TAKEN
21. WITH MY SIGNATE RING & MILITARY JUSTICE CREDENTIALS.
22. OTHERWISE, I'M HEREBY SUBJECTED TO PHYSICAL &
23. MENTAL PAIN & UNDULY AMOUNTS OF STRESS AND SUFFER-
24. ING AT THE HANDS OF ANATHEMA MENE MENE CLAUS
25. FORTUNE HUNTING MENE MENE TEKEL OR UPHAZ MEDIA
26. MENE CLAUS RETURN MY PROPERTY PER ME PHIBOSHETH
27. JEHOVAH-JIREH CHRIST JESUS AND ANATHOTH FEDERAL
28. DIRECTIVE. (REMOVE THESE BE FOUL PRISON GARMENTS)

6.

1  THE RICO ACT INVESTIGATION MUST COME TO A HALT HEREIN
2  ARE NUMEROUS APPEALS FILED REGARDING THE GOV'T. CON-
3  FEDERATE CONSPIRACY, HERETO LISTED AS EXHIBIT _C_
4  ALSO HERE ARE LETTERS TO THE WARDEN EVANS OF S.V.S.P.
5  WARDEN EVANS I BELIEVE WAS KILLED, SEE MEMORANDUM'S
6  OF MY REQUEST BE REMOVED FROM THE INTERNET AND
7  DULY NOTED DRUG/PROSTITUTION RING AT S.V.N.P. IN ATTEM-
8  PTS TO KEEP AND BRIBE OTHERS TO KEEP ME ON THE INTERNET,

P.B.S.
SLAVERY
9  TANTAMOUNT TO CRUEL AND UNUSUAL PUNISHMENT, A.D.A.
10  VIOLATIVE MALICIOUS EVIL VINDICTIVE E·DEPARTMENT OPER-
11  ATION MANUAL PURPORTING PIMPING BLACK SLAVES VIOLA-
12  TING THE MANN ACT & WHITE SLAVERY ACT (P.B.S. —
13  WITH THE JANUS SUN, ANNENBERG, BENJAMIN FRANKLIN/TEM-
14  PLETON FOUNDATION, PRUDENTIAL) THRU THE LOUISIANA —
15  PURCHASE AGREEMENT WAS A FARCE AND SHAM — LITERALLY
16  A _LEASE_ FAR OVERDUE. THEREFORE — THE CONSTITUTION OF
17  UNITED STATES OF AMERICA IS NULL AND VOID BECAUSE THIS
18  IS NOT YOUR LAND TO BEGIN WITH — IT BELONGS TO MR. CHRIST-
19  OPHER JOHNSON — THE REAL CHRISTOPHER COLUMBUS THAT
20  DISCOVERED AMERICA, CANADA & MEXICO PLUS THE LAND
21  OF ISRAEL, AFRICA, JAPAN & THE WORLD BELONGS TO
22  HIM AS HIS GOD GIVEN SOLE-BENEFICIARY & INHERIT-
23  ANCE WITH MEDIA SATELLITES AND OTHER PRESTIGIOUS
24  CONGLOMERANCE WHICH HAS BEEN THUS WITHHELD FROM
25  ME AND IGNORANCE IS NO EXCUSE FOR THE LAW — WHEREAS
26  THIS IS NOT YOUR LAND, YOUR LAW IS NOT APPLICABLE TO
27  MYSELF AND MANY OTHER PERSONS INCARCERATED, CONFINED
28  OR HELD IN AMERICA'S PENAL COLONIES, JAILS OR STATES THEREOF.

*PROPERTY STOLEN WITHOUT CONSENT IS LOSS OF
CONSORTIUM VIA FRAUD, THEFT, BREACHING EMINENT DOMAIN
INTELLECT PROPERTY 7. LAW & ESPIONAGE ACT (TREASON)

1  TO PLEDGERIZE ALL MY BOOKS & EXCLUSIVE BUSINESSES
2  AND BUSINESS IDEALS, MAKING THE STATE & FEDERAL
3  GOVERNMENT RICH, WHILE THE STATE & FEDERAL GOVT
4  KEEP ME ON THE INTERNET ILLEGALLY HOOKED UP TO THE
5  P.B.S. - PIMP BLACK SLAVES - PUBLIC BROADCAST SERVICE -
6  OR BROADBAND - NANOGEN OR /AND LUCENT TECHNOLOGIES
7  CONSPIRE WITH N.A.S.A. - THE SCIENTIST-MEN OF ANATHOUT
8  TO PLACE COMPUTER CHIPS IN CHILDREN FROM BIRTH TO
9  MONITOR US WITH C.I.A. & F.B.I. SUPER COMPUTERS AND
10 FOR BES - FORTUNE 500 - CAN KEEP SUBLIMINAL SIGNALS
11 /FREQUENCIES VIA SATELLITES, TELEVISION, RADIO, OR OTHER
12 -WISE COLOR BARS ON SCREEN KEEPS COLOREDS BEHIND BAR
13 CODES #C.DC FOR CENTER FOR DISEASE CONTROL - C.D.C.R -
14 RETURNING BLACKS BEHIND BARS VIA FAULTY INVESTIGATORS
15 CROOKED RACIST BRIBE TAKING JUDGES AND DISCRIMINATING
16 PROSECUTORS PLAYING PUBLIC DEFENDERS WHO ARE REALLY
17 PRISON DISPATCHERS. BLACKS DON'T STAND A CHANCE AGAINS
18 MODERN SCIENTIFICS - ESP. SEPERATED FROM HIS FAMILY
19 FROM BIRTH VIA JUVENILE HALL OR CALIFORNIA YOUTH AUT-
20 AUTHORITY. CUNSPIRACY CONFEDERATE, CONFEDERATE CONSPIRACY
21 ESTABLISHED WAR CRIMES - BLACK PEOPLE ARE UNWITTING AGENTS
22 OF THE STATE & FEDERAL GOVT. SENT TO PRISON SUBSEQUENTLY
23 FOR SCIENTIFIC EXPERIMENTS CYBER SUCTIONING THEIR MELA-
24 NINE FROM THEIR SEED /D.N.A. WHILE IMPRISONED WITHOUT CON-
25 SENT. I REPRESENT THOSE WITH OUT COUNSEL WHO FALL UNDER
26 THE GENOCIDE, TREASON, ESPIONAGE ACT - THEIR GLOBAL RULE
27 DON'T BEGIN UNTIL I'M RELEASE. MEANING AMERICA IS GUILTY
28 OF GLOBAL RUINATION OF PEOPLE OF COLOR. (CONCLUSION)

THE AFOREMENTIONED IS TRUE AND CORRECT. 8/24/08 Mr. C. Johnson

MR CHRISTOPHER JOHNSON

IN PROPRIA PERSONA

8.

## VERIFICATION / AFFIDAVIT of MR. C. JOHNSON

BASICALLY, I, CHRISTOPHER JOHNSON STATE ATTEST TO THE FOLLOWING: I WAS KIDNAPPED FROM MY YOUTH - WITH THE GOVT. CONSPIRACY THEORY OF P.B.S. - PIMPING BLACK SLAVES UNDER GANGSTER TACTIC CONSORTIUM OF PROCTERING & GAMBLE. I BELIEVE THEY GAVE ME THE "UNSPOKEN CARREER CRIMINAL ACT" WHILE SECRETLY BILKING A FORTUNE FROM ME THRU THE LAW OFFICES of EUGENE SCHNEIDER, AT 5050 BROADWAY IN OAKLAND, CALIFORNIA. I KNOW THAT THE TRILATERAL COMMISSION ACTS AS OLD WISE MEN OR EXECUTIVES - OVERALL / OVERSEERS IN PRISON ADMINISTRATION - BANKING TO PROPERTY & THE INTERNATIONAL COMMUNITY AND THEY'VE SUPPORTED SLAVERY, DEVIL-WORSHIP, WITCA-WITCHCRAFT, DEMONIC POSSESSIONS AND A HOST OF OF OTHER BARBARIC - SICK MURDERERS OF BLACK PEOPLE OR PEOPLE OF COLOR WHO STAND AGAINST RACIST SICK AMERICA'S CORPORATE GREEDY GAIN DEBORAH DOWNS & BERNICE SCHNEIDER. THESE SHREWD EVIL ALIENS WHO LEECH OFF OTHERS IDEALS OR INHERITANCES - THEY KILL THE CREATOR OR INHERITOR - THEY SUBSCRYBE TO KU KLUX KLAN or KILLUMINAI TYPE MENTALITY. THEY'VE STOLEN MY INHERITANCES of: JOHNNY RAY JOHNSON ANNE LAWRENCE, OPRAH WINPHREY, DONALD GRAHAM, EUGENE SCHNEIDER MICHEAL NUNEZ & OTHERS. VINDICTIVELY TORTURING ME & FOR THE PAST 18 YEARS I'VE BEEN KEPT IN PRISON WHILE THEY STEAL MY SEMIN OR DNA VINDICTIVELY TORTURING ME & FOR THE LAST 3 YEAR PLUS NANOGEN TECH. LUCENT TECH RAPED BY GUARD & INMATES / PUBLIC - PROSTITUTE MALICIOUSLY WITHOUT PENALOGICAL JUSTIFICATION - NOT EVEN AFFORDED HYGEINE MATERIALS SUCH AS: TOOTH PASTE, SOAP, DEODERANT, FOOD PACKAGES & I AM ANEMIC - "MOBILITY DISABLE" POSSIBLY W/HIV WITH NO ADEQUATE MEDICAL CARE / TREATMENT. THE GOVERNOR & PRESIDENT WATCHES ME RAPED ON THE INTERNET - SLAVERY, BLAX PLOITATION & CYBER-TERRORISM THEY FAIL TO REMOVE ME OFF THE INTERNET & HAVE KILLED, MURDERED, & RAPED MANY PEOPLE WHO TRY TO GET ME OFF THE INTERNET SUCH AS: ELIZA JACKSON, CARRIE OLA THOMAS, KIM JUNG YIL, JOHNNY RAY JOHNSON, CHARLES THOMAS, ED BRADLEY, JOHNNY COCHRANE, CORETTA SCOTT KING, FIDEL CASTRO, JAMES BROWN, BORIS YELTSIN, AND MANY MANY MORE WITH NASA NUCLEAR LASER OR NANOGEN - LUCENT TECHNOLOGIES NUCLEAR RAT EGGS WHILE CONDUCTING DR. DOWNS DEATH EXPERIMENTS & OTHER CONTRACT KILLS WITHEN U.S. GOV'T. WORKS PROGRAM CALLED FAIL / SAFE, A CONCLUSION - OF THE ARBITRARY RACIAL INJUSTICE INEQUALITY WHILE MY FAMILY IS BEING MURDERED

1

CONTINUED

1  FOR HIRE - RAPED FOR PROFIT - AND KIDNAPPED FOR RANSOM,
2  BASICALLY AT THE HANDS OF GOV'T. OFFICIALS OR SUBSIDIARIES THEY
   IS NECESSARY
3  HIRE THRU THE PRISON ADMINISTRATION. NOT ONCE HAVE I AGREED
4  TO ALLOW DR. DOWNS, S. PLAZA, B. WEDNEISKI, MICHELLE GANDY
5  AND BABBITT (AMONG OTHER'S) TO SIGN ME UP FOR (CONSENT) BROAD-
6  BAND - NANOGEN OR LUCENT TECHNOLOGIES WHICH THEY CURRENTLY
7  UTILIZE IRRESPONSIBLY TO RAPE ME, STAB ME, IN ATTEMPTS TO
8  MURDER ME THEY CYBER SUCTION OUT MY PAIN MEDICINE TYLENOL #3
9  (A NARCOTIC), WHICH THEY ALSO SELL. THEY'VE REMOVED SO MUCH
10 FROM ME IN UNDOCUMENTED EXPERIMENTS - I'VE BEEN CLASSIFIED
11 BY DRS. WEINSTOCK AS ████████ "DISABLE". I WEIGHT ABOUT 127 lbs
12 BECAUSE THEY REMOVE MY FOOD & STEAL MY SEMIN, BLOOD & OTHER
13 D.N.A. AS A HEALTH FOOD - BREAK FAST - LUNCH & DINNER RESTURANT
14 WHICH IS FEDERAL BUREAU INVESTIGATION MANAGED 24 HOURS
15 A DAY. THERE'S NO WAY THE GOV'T. CAN CONTINUE IT'S ILLEGAL
16 GROSS GOVERNMENTAL MISCONDUCT - ALLOWING ORACLE, NANOGEN
17 LUCENT TECHNOLOGIES, MICRO-ADVANCED SYSTEMS, BROADBAND -
18 COMCAST, DR. DOWNS, B. SCHNEIDER, W. BABBITT, S. PLAZA, M. GANDY,
19 & AMONG OTHER'S TO CONTINUE TO USE BARBARA WEDNEISKI IN IT'S
20 OVER DUE CIA & FBI INVESTIGATIONS TO SACRAFICE ME, MY
21 FAMILY, LIBERTY, LIFE & FREEDOM. YOU AS A FEDERAL OFFICIAL
22 - IT IS YOUR DUTY AND PROFESSIONAL RESPONSIBILITY TO TERMINATE
23 IT'S GOV'T. FAIL /SAFE PROGRAM THE SAME WAY THE GOV'T. DID
24 MY FATHER JOHNNY RAY JOHNSON. ALL OF MY INHERITANCES WERE
25 STOLEN - EVEN WITHEN C.D.C.R. REPRISAL'S FOR LITIGATION PENDING
26 NO LAW LIBRARY FOR ME, PACKAGES, MAIL, APPLIANCES, VISITS, LEGAL
27 VISITS AND NO MONEY IS BEING PLACED ON MY BOOKS - MOST OF MY LEGAL
28 CASES WERE STOLEN (BOOKS, LAW WORK, PAPERS, BUSINESS PLAN'S, ECT.)

* VIOLATION OF AMERICAN'S W/ DISABILITY ACT!

2.


1. UPON MY RETURN FROM CTC - I WAS SUPPOSED TO BE TAKEN TO
2. D2-129 - INSTEAD I HAD EVERYTHING STOLEN FROM ME BY PRISON
3. OFFICIALS WRONGFULLY. I WAS TAKEN TO CELL D1-105 AND A
4. HOST OF REPRISALS WERE TAKEN AGAINST ME! WHEEL CHAIR WAS
5. IMMEDIATELY TAKEN, NEW MATTRESS CONFISCATED, VEGETARIAN
6. STATUS - DOUBLE PORTIONS NOT HONORED BY CUSTODY(CHRONO)
7. I SHOW THE DOCTOR'S ORDER'S /CHRONO TO THE GUARDS AND THEY
8. HAVE NOT ONCE GIVEN ME WHAT WAS ORDERED REGARDING FOOD.
9. I'M "▓▓▓ DISABLED" BUT IT'S NOT FROM NOT EATING - IT'S BE-
10. CAUSE I AM SACRAFICED ILLEGALLY & ▓▓▓▓▓ ILL AS
11. GOV'T. AND PUBLIC CONTINUE TO UTILIZE ME AS ENTERTAINMENT
12. FEDERALLY PROSTITUTING DR. ▓▓▓ BARBARA WEDNESKI ▓▓▓ & OTHERS UNDER
13. NARCO RICO FEDERAL ENTERTAINMENT. I CANNOT COMPETE WITH
14. NASA SATELLITES STEALING MY FOOD & NUTRIENTS FROM
15. MY BODY! THEN TO HAVE SERIOUS MEDICAL NEEDS AND THE
16. GOV'T. ACTS DILLIBERATELY INDIFFERENT TO THEM SUCH AS
17. "WHEEL CHAIR", "NEW MATTRESS" & EXTRA FOOD "DOUBLE PORTION"-
    (I HAVE A BAD BACK RIGHT NOW)
18. HECK YOUR HONOR - I WON'T OR CAN'T GO SHOWER DUE TO GUARD
19. HARASSMENT & REPRISAL'S TAKEN AGAINST ME - THEY ACT LIKE
20. "TOTAL JERK'S & NIN COME POOPS". AS I'VE INDICATED - I CANNOT
21. AFFORD COUNSEL - AND CASE #07-6000 WHICH I FILED
22. RACKETEERING INFLUENCE A CORRUPT ORGANIZATION R.I.CO.
23. ACT CHARGES BE ENACTED IN MY BEHALF - PURSUANT TO THE
24. FEDERAL RULES OF COURT - THERE'S BEEN A 28 DAY LAPSE -
25. WITHOUT A FORMAL ON THE RECORD RULING IN MY CASE PENDING.
26. AGAIN, CAN YOU RULE ON THE RICO ACT STATUES IN MY BEHALF
27. AND ASSIST ME WITH THE EXCULPATORY EVIDENCE TO EXONERATE
28. ME & PROVIDE "EXECUTIVE CLEMENCY- PARDON" & INTERNET REMOVAL.
    * PLEASE NOTE EXHIBIT "A"

Case 3:07-cv-06000-WHA   Document 14   Filed 08/27/2008   Page 12 of 52

AT PRESENT, I'VE BEEN GIVEN AN ADDRESS CHANGE TO:
CALIFORNIA MEDICAL FACILITY— I HAVE A VERY BAD BACK
BUT OVER 30 DAYS TIME ELAPSE I'VE BEEN THREATENED
BY C/O LASITER INDICATING HE WOULD PHYSICALLY HARM ME.
I AM DENIED MEDICAL CARE BY HEALTH CARE PROFESSIONALS
MEANING: ON OR ABOUT 8/10/08 I HAD TO CALL "MAN DOWN"
FOR MY BACK PAIN. AFTER WAITING ALL DAY I RECEIVED NO
REAL MEDICAL CARE BECAUSE WHEN I WAS FINALLY TAKEN
TO THE CLINIC & SAW A DOCTOR HE ORDERED A TORADOL SHOT
FOR PAIN — C.M.O.: GUITEREZ OR GONZALEZ MADE JOKES ABOUT
MY ONE TESTICLE & REFUSED MY DOUBLE PORTION—VEGETARIAN
CHRONO, EXTRA MATTRESS CHRONO (EGG CRATE), DIDN'T ISSUE
A LAY IN SO I HAD TO ARGUE WITH OFFICERS FOR FOOD
AND I'M MISSING MY PAIN MEDICINE BECAUSE STAFF C/O
CARSON DOESN'T WANT ME IN THE BUILDING BECAUSE I'M IN
A WHEEL CHAIR & HE C/O LASITER LISTENS TO SABRINA
PLAZA TO MAKE FUN OF ME. THEY'RE STEALING MY SPERM
I HAVE NUMEROUS MILLIONS OF CHILDREN I HAVEN'T SEEN
NO VISITS, CANTEEN, MONEY ORDERS STOLEN, AND I'VE
TALKED TO CORRECTIONAL BUSINESS MANAGER AND EX—
PLAINED MY SITUATION WITH BEING ON THE INTERNET AND
ELIZA BETH ALMSTEAD, SAID SHE WOULD LOOK INTO THIS
MATTER AS WELL AS THE FACT SABRINA PLAZA AND OTHERS
SUCH AS DR. BONELLA, BARBARA WEDNEISKI HAS TAKEN
MY ESAR HADDON STATUS ILLEGALLY PLACING BOGUS
POWER OF ATTORNEY FORMS IN MY C—FILE LITERALLY TAKING
ALL OF MY BUSINESSES, PROPERTY, CASINO'S, INHERITANCES,
MEDIA SATELLITES, BILKING ME FOR TRILLIONS OF DOLLARS,

P6 #5
.ON'T)

UTILIZING MY QUAL.COM MILITARY SATELLITE TO MURDER
PEOPLE WHO REFUSE TO ACCEPT A BRIBE, STEAL MY MONEY
FOR SILENCE, OR BE THREATEN TO BE KILLED, RAPED OR KID-
NAPPED FOR STANDING UP IN MY INTEREST. MY GRAND MOTHERS
CARRIE OLA THOMAS A JEHOVAH'S WITNESS WAS MURDERED
MY OTHER GRANDMOTHER ELIZABETH JACKSON WAS EXECUTED
A BAPTIST. BOTH GRANDMOTHERS DEVOUT CHRISTIANS DEAD BY
MEN OF C.I.A. CONTRACT KILLS IN CENTRAL OPERATIONS AT S.V.S.P.
MY DAUGHTER REKITTA VERNISHA JOHNSON DIED FOR TESTIMONY
GIVEN, SCORES OF BLACKS EXECUTED MY SISTER MESWAYLA
LAWRENCE AND RICKY OUL-LAWRENCE AS WELL KILLED THEN THEY'RE
LUCENT TECHNOLOGY BROADBAND SKUNK WORKS/ BROUGHT INTO A
SUIT/OUTTER SHELL APPEARANCE AFTER THE PERSON- HAS BEEN
KILLED WRONGFULLY. I'M BEING THREATENED PHYSICAL
HARM BY STAFF C/o LASITER AND ALSO INDIRECTLY THREATENED
BY C/o CARSON. IN THE PRESENCE OF MY CELL MATE: MACK
WEST JR (F60029 CDC #) THESE PEOPLE OR CORRECTIONAL
STAFF IMPLIED AS IF THEY WOULD SET ME UP FOR ASKING FOR
MEDICAL ATTENTION. THE REPRISAL THUS FAR IS NO MATTRESS
AND NO PAIN MEDS BEING BROUGHT TO ME. BLACK 'PEOPLE
ARE BEING KILLED TO THE EXTREME THAT IT CAN BE
CLASSIFIED AS "GENOCIDE" AND IN MY PERSONAL OPINION
SINCE "SLAVERY" AND INCARCERATION IS THE SAME
EXACT THING NO BLACK PERSON SHOULD BE SUBJECTED
TO THE LAWS OF YOUR LOCAL COURTS SINCE WE AREN'T
LEGALLY INCLUDED IN YOUR CONSTITUTION - AND THE FACT
OF THE MATTER REMAINS THAT MR. CHRISTOPHER JOHNSON IS
THE SOLE-BENEFICIARY OF NORTH AMERICA, CENTRAL AMERICA,

EE
XHIBIT— D

5.

6# 6
(CONT)

1  AND SOUTH AMERICA, MEANING IN ESSENCE YOUR PREMISE
2  OF GOVERNMENT IS RACIALLY DEVOTED TO CAUSE PEOPLE OF
3  COLOR AS MUCH OF AN "ENDANGERED SPECIES" AS THE INDIAN
4  MEN WHO WERE PREDATORILY PREYED UPON THRU CLANDESTINE
5  WAR FARE; PILGRIMS TODAY DO THE SAME THING VIA C.I.A.,
6  F.B.I & NASA PUBLIC BROADCAST SERVICE AND THE MEN
7  OF ANNENBERG, WILLIE MYRILL LYNCH BERG, FORTUNE 500,
8  SMITHSONIAN, ORACLE, JANUS-SUN, BUILDER BERG, TRI-
9  LATERAL COMMISSION, CLERICUZIO, ANATHOUT MEN AS WELL
10  WRONGFULLY ESPIONAGE GLOBAL BUSINESS MATTERS AND
11  CONTROL, DOMINATE OTHERS IDEALS VIA PLEDGERIZING AND
12  PATRIOTIC VALUES VIA INAPPROPRIATE PILFERRING IDEALS,

MINES/
STOLEN!
13  BOOK, MOVIE, SONG COPY RIGHTS BUSINESS PLANS, THE SAME
14  WAY THE 1 LEASE AGREEMENT EXPIRED CALLED THE
      (S.PLAZA)
15  LOUISIANA PURCHASE! YOU CANNOT LEGALLY INHERIT MY
16  BUSINESS, AIR LINE COMPANIES, OIL RESERVES OPEC IS NOW
17  COPE, CHRIST JESUS LAND, PROPERTY, DEEDS, WERE ELOQ-
18  UENTLY ILLUSTRATED BY THE LAST WILL AND TESTIMENTS
19  OF EUGENE SCHNEIDER, DONALD GRAHAM, JOHNNY RAY JOHNSON
20  DEBORAH DOWNS, MICHEAL NUNEZ, BERNICE SCHNEIDER &
21  THELTON HENDERSON AND MANY OTHERS,
22      IN CONCLUSION - I'M TOTALLY WITHOUT REMEDY OR RELIEF
23  MEANINGFUL ACCESS TO THE COURTS, LAW LIBRARY ACCESS,
24  PHOTO COPYING AND I'M STILL HELD DURESS PER MINUS
25  FALSE IMPRISONED ON THE #C07-5766 CASE. I DECLARE,
26  MR. CHRISTOPHER JOHNSON PLAINTIFF/PETITIONER IN THE
27  AFORE-MENTION CASE UNDER PENALTY OF PERJURY THAT
28  THAT'S TRUE AND CORRECT 24TH DAY OF AUGUST 2008 AT C.M.F.

1    IN CALIFORNIA MEDICAL FACILITY — IN VACAVILLE

2    CALIFORNIA.

3                                MR. CHRISTOPHER JOHNSON

4                                *Mr Christopher Johnson*

5                        8/24/08 IN PROPRIA PERSONA

6

7    FOOT NOTE: I ALSO BELIEVE FEDERAL OFFICIALS ARE

8    ON SABRINA PLAZA, TAYLOR, & TROTTER'S PAYROLL TO KEEP

9    ME IMPRISONED OTHERS ARE IN FEAR FOR THEIR FAMILIES

10   LIVES AS WELL AS CHILDREN HOPING NOT TO BE KILLED.

11   LITERALLY EXTORTED OR PROSTITUTED EVEN INNOCENT

12   CHILDREN ARE BEING KILLED, WITH F.B.I. & C.I.A.

13   OFFICIAL ATTEMPTING TO COVERTLY COVER UP EVERY THING

14   BY RAPE, THREATS, BRIBERY, OR MURDER FOR SILENCE. C.J.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM POINTS AND AUTHORITIES

PETITIONER-PLAINTIFF IS THE TRUE ESAR HADDON
PER JEHOVAH-JIREH ∞ AND EUGENE SCHNEIDER'S
LAST WILL IN TESTIMENT ILLUSTRATED SPECIFIC INSTRUCTION
WITH MY ZURICH # DIRECTOR MINISTER OF FINANCE NUMERICA
CODE TO REMOVE ME FROM THE INTERNET. THUS FAR, THIS
HAS NOT OCCURRED. THE PLAINTIFF- MR. CHRISTOPHER
JOHNSON ASSERTS VIOLATION OF THE U.N. COVENANT
AGREEMENT: DENIAL OF REAL ESTATE, RIGHT TO OWN, INHERIT,
FREEDOM OF RELIGIOUS CONGREGATION (RELIGIOUS SERVICE)
JEHOVAH'S WITNESS. RIGHT TO BE FREE FROM MEDICAL,
PSYCHOLOGICAL, SCIENTIFIC TESTING OR EXPERIMENTING (N.A.SA.
THE COVENANT OR BUSINESS AGREEMENT AUTHORIZING
DONALD GRAHAM & DEBORAH DOWNS AND OTHERS INNER-
ACTING WITH THE LAW OFFICES OF EUGENE SCHNEIDER,
IS NO LONGER VALID -WAS SIGNED UNDER DURESS -INORDER
      SIGNED BY MY FAMILY - NOT BY MYSELF
TO FACILITATE THEFT OF SECURITIES & ANNUITIES & CON-
SORTIUMS BELONGING TO MR. CHRISTOPHER JOHNSON.
MY FATHER JOHNNY R. JOHNSON & MOTHER LOU ANNE
LAWRENCE WERE COMPELLED VIA FORCE OR FEAR TACTICS (SIGN
THRU PROCTER & GAMBLE. THESE GOV'T. PAPERS WERE INVALID
BUSINESS AGREEMENTS. I AM A GROWN ADULT - SUBJECTED
TO "SLAVERY & GENOCIDE", DUE TO THE FACTS PREVIOUSLY
ARTICULATED IN MOVING COURT PAPERS. THERE IS ALSO A
BREACH IN THE PLEA BARGIN AGREEMENT MADE IN 1990
WHERE STANLEY P. GOLDE JUDGE, SPECIFICALLY STRIKENED
(4) CTs 211 ALL RAN CONCURRENT (1 PRISON SENTENCE) PER BUCKLEY
VS. TERHUNE MANDATES AUTOMATIC REVERSAL OF ERRONEOUS →
LOCKHART VS. ATTORNEY GENERAL, STRICKLIN VS. WASHINGTON,
                  CALIFORNIA
APPRENDI DECISION, BUCKLEY & BLAKELEY DECISIONS.
PEO. VS. FARETTA, ALSO USING 1 GOV'T. FAC. BREACH EMINENT DOMAIN CLAUS
SEE:

# MEMORANDUM, POINTS, AND AUTHORITIES CON'T.

PRISON SENTENCE OF 30 TO LIFE. THE PRESENT CASE IS IN VIOLATION OF THE A B A RULES 100-10 CONCERNING PROFESSIONAL CONDUCT — GOV'T. OFFICIALS KNOW THAT AT VERY BEST, "RECEIVING STOLEN PROPERTY" WOULD BE THE APPROPRIATE STATUE TO CHARGE ME. IN CRIMINAL CHARGES 2004 SENTENCE (30 TO LIFE) FOR P.C. 212.5, THERE IS "NO PROBABLE CAUSE". PURSUANT TO U.S.C. TITLE 28 §636 A MAGISTRATE JUDGE CAN EASILY RELEASE PETITIONER. BUT DUE TO THE FACT, THAT I ENJOINED RICO ACT CHARGES — THE COURTS SEEMINGLY FAILED TO RECOGNIZE JUDGE THELTON HENDERSON'S OBSERVATION OR RECOMMENDATION WITH REGARDS TO THIS CASE I THOUGHT HE ORDERED MY RELEASE. I THOUGHT HE CAME TO SALINAS VALLEY AS A "SPECIAL MASTER", TO MONITOR THE INSTITUTION PURSUANT TO #C07-5766 & C07-6000 FILED BY PETITIONER-PLAINTIFF NOV. 2007 & DEC. 2007. A B A RULES 50 — ACCORDING TO BLAKLEY VS. WASHINGTON — THE BLAKLEY DECISION — MY SENTENCE IS CRUEL & UNUSUAL PUNISHMENT. 1997 RSP FOR APPROXIMATELY 7 YEARS — FOR A WOBBLER — NOW 30 TO LIFE FOR A PROPERTY CRIME WHICH IS "RECEIVING STOLEN PROPERTY", BUT ALSO TO BE UNLAWFULLY CONSTRAINED OF LIBERTY, LIFE & LIMBS VARIOUS FUNDAMENTAL RIGHTS TO DUE PROCESS, TO BE ON THE INTERNET MALICIOUS & AND DILIBERATE LIBEL & SLANDER TANTAMOUNT TO : RACIAL PREJUDICE MALICIOUS PERSECUTION, PROSECUTION 8TH & 14TH AMENDMENT U.S.C. — CYBER-TERRORISM PETITIONER IS HELD DURESS PER 2. MINUS IN VIOLATION OF THE MANN ACT.

## MEMO - CONTINUED

AND "ETHNIC CLEANSING" BECAUSE MY FAMILY IS WRONGFULLY HARMED FOR MY INHERITANCES. MY GRAND-MOTHER CARRIE OLA THOMAS, A DEVOUT JEHOVAH'S WITNESS WAS KILLED WITH A NUCLEAR LASER BY SABRIN PLAZA (REALLY) NOTHING HAS BEEN DONE. AND THAT'S A BREACH OF MILITARY PROTOCOL ALL JEHOVAH'S WITNESSES ARE SUPPOSE TO BE FEDERALLY PROTECTED. ALL THAT, JUST BECAUSE SHE FILED A COMPLAINT TO THE POSTAL AUTHORITIES CONCERNING MY MAIL BEING STOLEN BY TAYLOR & PLAZA. THEY MAY BOTH BE THE REASON WHY I AM UNDERGOING EXTREME TURMOIL, TRIALS & TRIBULATIONS. HOW-EVER - NEVERTHELESS, I'M MANAGING TO OVER-COME THE NEGATIVE REPRISAL IN RETALIATION FOR EXCERCISING MY RIGHT TO MEANINGFUL ACCESS TO THE COURT. I AM ARBITRARILY DISCONTINUING AND BRINGING TO A HALT THE RICO ACT INVESTIGATION BECAUSE OF OVERWHELMING UNDULY AMOUNTS OF STRESS PLACED UPON ME - SO THAT THE STATE AND FEDERAL GOVERNMENT CAN REGULATE & MANIPULATE MY FINAN-CIAL AFFAIRS TO MY DETRIMENT. I OWN BANKS BUT FINANCES ARE STOLEN BY GOV'T. OFFICIALS. I OWN HOSPITALS BUT AS OF TODAY SUFFERING FROM DELIBERATE INDIF-FERENCE TO MY SERIOUS MEDICAL NEEDS - WHILE IN A WHEELCHAIR IN VIOLATION OF THE AMERICANS WITH DISABILIT ACT. I, CHRISTOPHER JOHNSON, DECLARE UNDER PENALTY OF PERJURY THE FORGOING IS TRUE AND CORRECT.

\* INHUMANE MISTREATMENT OF PRISONERS!

8/24/08

3.

*Mr. Christopher Johnson*
MR. CHRISTOPHER JOHNSON

# MEMORANDUM POINTS AND AUTHORITIES

PROVISIONS SET FORTH IN THE CALIFORNIA CODE OF REGULATIONS TITLE · 15 : <u>3084.1 RIGHT TO APPEAL</u> (a) – (e), ESPECIALLY (d) "<u>NO REPRISALS SHALL BE TAKEN</u> AGAINST AN INMATE OR PAROLEE FOR FILING AN APPEAL." <u>3084.6 APPEAL TIME LIMITS</u> (a) & (b); <u>3085 AMERICANS WITH DISABILITIES ACT</u> (a) (TITLE 42 U.S.C. SECTION 12102 (b) & (C) PENAL CODE § 5058 § 5054 A.D.A. PUBLIC LAW 101-336 ALSO SEE CODE OF FEDERAL REGULATIONS · TITLE 28 – SECTION 35.107 & 35.130 ; ARTICLE 1.5 § 3268 USE OF FORCE. (b) (c) § 3268.1 REPORTING AND INVESTIGATING THE USE OF FORCE (a) (1)(2); § 3271 RESPONSIBILITY OF EMPLOYEES, "EVERY EMPLOYEE, REGARDLESS OF HIS OR HER ASSIGNMENT, IS RESPONSIBLE FOR THE SAFE CUSTODY OF THE INMATES CONFINED IN THE INSTITUTIONS OF THE DEPARTMENT."

§ 3315 SERIOUS RULES VIOLATIONS (a) (b) & (c), (1)(A) § 3320 HEARING PROCEDURES AND TIME LIMITATIONS (a) (1), (b) – (d) & (J) § 3339 (a), (b), (1)(2) RELEASE FROM ADMIN. SEG. AND RETENTION IN ADMINISTRATIVE SEGREGATION: ARTICLE 8. MEDICAL AND DENTAL SERVICES § 3350 PROVISION OF MEDICAL CARE AND DEFINITION. (a) (b) (1) – (5) § 3350.2 OFF-SITE HEALTHCARE TREATMENT (a),(b), (c). § 3352 MEDICAL AUTHORIZATION REVIEW COMMITTEE. (a)(b)(c) ARTICLE 9.5 CASE RECORDS FILE MATERIAL – ACCESS AND RELEASE (a) (b)(c)(d) THIS TOO I'M SURE INCLUDES: MEDICAL AND PSYCHOLO- GICAL CONFIDENTIAL "DOCTOR / PATIENT" PRIVILEDGED INFORMA- TION. ARTICLE 10. CLASSIFICATION § 3375. CLASSIFICATION PROCESS (a) – (F) (1), (G)(2) SUBCHAPTER 5. PERSONNEL § 3380 (a) – (d) ARTICLE 2 EMPLOYEES § 3391 EMPLOYEE CONDUCT (a) – (d) § 3401.5 EMPLOYEE SEXUAL MISCONDUCT (a) (3) (D)(E)(F) (b) (F) 3413 INCOMPATIBLE ACTIVITY (a) (1)(2)(3)(4). (A)(2) (H)(B)

#4.

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:      March 14, 2006

To:        ALL EMPLOYEES

Subject:   NOTICE TO ALL EMPLOYEES AND AGENTS OF THE CALIFORNIA DEPARTMENT
           OF CORRECTIONS AND REHABILITATION OF DUTY TO COOPERATE WITH
           RECEIVER APPOINTED IN *PLATA V. SCHWARZENEGGER*

NOTICE IS HEREBY GIVEN that on February 14, 2006, the court in *Plata v. Schwarzenegger* issued an order appointing Robert Sillen to serve as Receiver in the case effective April 17, 2006. (A copy of the order is attached.) The court ordered Mr. Sillen to provide leadership and executive management of the California prison medical health care delivery system with the goals of restructuring day-to-day operations and developing, implementing, and validating a new, sustainable system that provides constitutionally adequate medical care to California inmates. To that end, the court charged Mr. Sillen with the duty to control, oversee, supervise, and direct all administrative, personnel, financial, accounting, contractual, legal, and other operational functions of the medical delivery component of the California Department of Corrections and Rehabilitation (CDCR). In addition, the court issued the following order to cooperate to all employees and agents (including contract employees) of the CDCR:

> All Defendants, and all agents, or persons within the employ, of any Defendant in
> this action (including contract employees), and all persons in concert and
> participation with them, and all counsel in this action, shall *fully* cooperate with
> the Receiver in the discharge of his duties under this Order, and shall promptly
> respond to all inquiries and requests related to compliance with the Court's
> orders in this case. Any such person who interferes with the Receiver's access,
> as set forth in section II.E., or otherwise thwarts or delays the Receiver's
> performance of his duties under this Order, shall be subject to contempt
> proceedings before this Court.

The CDCR shall give maximum effort to effectuate the needed changes to the medical delivery system. All employees and agents of the CDCR shall do their utmost to see that Mr. Sillen receives full support and maximum effort to help him achieve the monumental and critical task of building a sustainable constitutionally sufficient medical delivery system. You shall provide Mr. Sillen with the access required under the court order and all divisions, all staff, and all agents of the CDCR shall actively participate in the improvement process to insure that this goal is achieved as expeditiously as possible.

J. S. WOODFORD
Secretary (A)
California Department of Corrections and Rehabilitation

Attachment

FILED

FEB 1 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCIANO PLATA, et al.,

           Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER,
et al.,

           Defendants.

NO. C01-1351 TEH

CLASS ACTION

ORDER APPOINTING
RECEIVER

On October 3, 2005, this Court issued its written Findings of Fact and Conclusions of Law in support of its June 30, 2005 decision to establish a Receivership to take control of the delivery of medical services to California state prisoners confined by the California Department of Corrections and Rehabilitation ("CDCR").[1]  In its written ruling, the Court explained that it was undertaking a national search to find a Receiver with the leadership ability, experience, and vision to take on the monumental and critical task of bringing the

---

[1] As the October 3, 2005 ruling notes, Pelican Bay State Prison is exempted from this action and instead falls under this Court's jurisdiction in the separate case of *Madrid v. Woodford*, C90-3094 TEH.

United States District Court
For the Northern District of California

1    level of medical care provided to California's 166,000 inmates up to federal constitutional

2    standards. Having undergone a thorough and successful search process, the Court HEREBY

3    APPOINTS Mr. Robert Sillen to serve as the Receiver in this case, at the pleasure of the

4    Court, effective Monday, April 17, 2006. A copy of the Receiver's curriculum vitae is

5    attached to this Order.

6         In furtherance of the Receivership, the Court sets forth the Receiver's duties and

7    powers as follows:

8

9    I. DUTIES OF THE RECEIVER

10        A. Executive Management

11        The Receiver shall provide leadership and executive management of the California

12   prison medical health care delivery system with the goals of restructuring day-to-day

13   operations and developing, implementing, and validating a new, sustainable system that

14   provides constitutionally adequate medical care to all class members as soon as practicable.

15   To this end, the Receiver shall have the duty to control, oversee, supervise, and direct all

16   administrative, personnel, financial, accounting, contractual, legal, and other operational

17   functions of the medical delivery component of the CDCR.

18

19        B. Plan of Action

20        The Receiver shall, within 180 - 210 calendar days of the effective date of

21   appointment, develop a detailed Plan of Action designed to effectuate the restructuring and

22   development of a constitutionally adequate medical health care delivery system. This Plan

23   shall include recommendations to the Court of which provisions of the (1) June 13, 2002

24   Stipulation for Injunctive Relief, and (2) September 17, 2004 Stipulated Order re Quality of

25   Patient Care and Staffing Order and Injunction (and/or policies or procedures required

26   thereby), should be carried forward and which, if any, should be modified or discontinued

27   due to changed circumstances. The Plan of Action shall also include a proposed time line for

28

United States District Court
For the Northern District of California

2

1    all actions and a set of metrics by which to evaluate the Receiver's progress and success.

2    The Receiver shall update and/or modify this Plan as necessary throughout the Receivership.

3    Pending development of the Plan of Action, the Receiver shall undertake immediate

4    and/or short term measures designed to improve medical care and begin the process of

5    restructuring and development of a constitutionally adequate medical health care delivery

6    system.

7

8    C. Budgeting and Accounting

9    The Receiver shall determine the annual CDCR medical health care budgets

10   consistent with his duties and implement an accounting system that meets professional

11   standards. The Receiver shall develop a system for periodically reporting on the status of the

12   CDCR's medical health care budget and shall establish relations with the California Office of

13   Inspector General to ensure the transparency and accountability of budget operations.

14

15   D. Reporting

16   The Receiver shall provide the Court with bimonthly progress reports. These reports

17   shall address: (a) all tasks and metrics contained in the Plan and subsequent reports, with

18   degree of completion and date of anticipated completion for each task and metric,

19   (b) particular problems being faced by the Receiver, including any specific obstacles

20   presented by institutions or individuals, (c) particular successes achieved by the Receiver,

21   (d) an accounting of expenditures for the relevant period, and (e) all other matters deemed

22   appropriate for judicial review.

23   The Receiver shall meet with the Court on a bimonthly basis shortly following the

24   issuance of each report and shall remain in contact with the Court throughout the

25   Receivership on an informal, as needed, basis.

26

27

28

3

II. POWERS AND AUTHORITY OF THE RECEIVER

The Receiver shall have all powers necessary to fulfill the above duties under this Order, including, but not limited to:

A. General Powers

The Receiver shall exercise all powers vested by law in the Secretary of the CDCR as they relate to the administration, control, management, operation, and financing of the California prison medical health care system. The Secretary's exercise of the above powers is suspended for the duration of the Receivership; it is expected, however, that the Secretary shall work closely with the Receiver to facilitate the accomplishment of his duties under this Order.

B. Personnel

The Receiver shall have the power to hire, fire, suspend, supervise, promote, transfer, discipline, and take all other personnel actions regarding CDCR employees or contract employees who perform services related to the delivery of medical health care to class members. The Receiver shall have the power to establish personnel policies and to create, abolish, or transfer positions related to the delivery of medical health care to class members. The Receiver also shall be empowered to negotiate new contracts and to renegotiate existing contracts, including contracts with labor unions, in the event that such action is necessary for the Receiver to fulfill his duties under this Order.

C. Property

The Receiver shall have the power to acquire, dispose of, modernize, repair, and lease property, equipment, and other tangible goods as necessary to carry out his duties under this Order, including but not limited to information technology and tele-medicine technology.

4

1    D. Governing State Laws, Regulations, and Contracts

2        The Receiver shall make all reasonable efforts to exercise his powers, as described in

3    this Order, in a manner consistent with California state laws, regulations, and contracts,

4    including labor contracts. In the event, however, that the Receiver finds that a state law,

5    regulation, contract, or other state action or inaction is clearly preventing the Receiver from

6    developing or implementing a constitutionally adequate medical health care system, or

7    otherwise clearly preventing the Receiver from carrying out his duties as set forth in this

8    Order, and that other alternatives are inadequate, the Receiver shall request the Court to

9    waive the state or contractual requirement that is causing the impediment. Upon receipt of

10   any such request, the Court shall determine the appropriate procedures for addressing such

11   request on a case-by-case basis.

12

13    E. Access

14       The Receiver shall have unlimited access to all records and files (paper or electronic)

15   maintained by the CDCR, including but not limited to all institutional, personnel, financial,

16   and prisoner records, as deemed necessary by the Receiver to carry out his duties under this

17   Order.

18       The Receiver shall have unlimited access to all CDCR facilities, as deemed necessary

19   by the Receiver, to carry out his duties under this Order. Ordinarily, the Receiver shall

20   attempt to provide reasonable notice when scheduling such visits, but this shall not preclude

21   the Receiver from making unannounced visits to facilities or offices as the Receiver deems

22   necessary to carry out his duties under this Order.

23       The Receiver shall have unlimited access to prisoners and to line and managerial staff,

24   including the authority to conduct confidential interviews with staff and prisoners.

25

26

27

28

5

1       F.   Immunity and Indemnification

2           The Receiver and his staff shall have the status of officers and

3   and as such shall be vested with the same immunities as vest with th

4           Additionally, Defendants shall indemnify the Receiver and n

5   the same extent as Defendants are obligated to indemnify the Secreta

6

7   III.  OFFICE OF THE RECEIVER

8           A.  The Receiver shall be paid a reasonable compensation for

9   amount to be approved by this Court.

10          B.  The Receiver shall establish an Office of the Receiver in a

11  determined in consultation with the Court, with staffing necessary to

12  as set forth in this Order.  Upon approval from the Court, the Receiv

13  compensation and terms of service for each member of his staff, (inc

14  consultants) and shall be authorized to enter into contracts with the e

15  of the Office.

16          C.  Because time is of the essence, and in order to begin opera

17  Defendants shall, within 30 days of the date of this Order, establish a

18  with the Court in the amount of $750,000.  The Receiver shall subn

19  payment from this fund to the Court.  Further funds for the Office of

20  deposited to the Receiver's Office Fund Account set forth in paragra

21          D.  Throughout the Receivership, the Receiver shall submit to

22  accounting of all receipts and expenditures of the Office of the Recei

23  an independent financial audit of the Receiver's Office Fund Accour

24          E.  Within 45 calendar days from the date of effective appoint

25  establish an interest-bearing account, with respect to which he shall I

26  fiduciary.  This account shall be designated as the Receiver's Office

27  be maintained solely for the reasonable and necessary expenses asso

28

United States District Court
For the Northern District of California

6

1   of the Office of the Receiver, including but not limited to salaries, consulting fees, and the

2   costs of supplies, equipment, office space, transportation,[2] and the like. The Receiver shall

3   arrange with Defendants a system for regularly replenishing the Receiver's Office Fund

4   Account.

5       F. Within 75 calendar days of the date of effective appointment, the Receiver shall

6   establish a budget for the Office of the Receiver's first year of operation. The Receiver shall

7   also establish a budget for the Office of Receiver for each subsequent year of operation, with

8   each such budget due 90 days in advance of each budget year.

9

10  IV. COSTS

11      All costs incurred in the implementation of the policies, plans, and decisions of the

12  Receiver relating to the fulfillment of his duties under this Order shall be borne by

13  Defendants. Defendants shall also bear all costs of establishing and maintaining the Office

14  of Receiver, including the compensation of the Receiver and his staff.

15

16  V. LENGTH OF RECEIVERSHIP

17      The Receivership shall remain in place no longer than the conditions which justify it

18  make necessary, and shall cease as soon as the Court is satisfied, and so finds in consultation

19  with the Receiver, that Defendants have the will, capacity, and leadership to maintain a

20  system of providing constitutionally adequate medical health care services to class members.

21  The Court expects that as the Receivership progresses, the Receiver will attempt to engage

22  Defendants in assuming responsibility over portions of the system that are within

23

24

25

26

27  [2]When engaged in travel, the Receiver and his staff shall use their best efforts to
    contain direct expenses in a cost-effective fashion. For example, when engaged in necessary
    travel, the Receiver and his staff shall, when possible, utilize advanced-purchase economy

28  airfares and reasonably priced accommodations.

United States District Court
For the Northern District of California

7

1  Defendants' demonstrated ability to perform, so that the ultimate transfer of power back to
2  the State will be transitional.

3          Prior to the cessation of the Receivership, the Receiver shall develop a Plan for Post-
4  Receivership Governance of the system, which shall include consideration of its structure,
5  funding, and governmental responsibility for its long-term operation. The Receiver shall
6  present this plan to the Court for approval and adoption as an order.

7

8  VI. COOPERATION

9          A. All Defendants, and all agents, or persons within the employ, of any Defendant in
10  this action (including contract employees), and all persons in concert and participation with
11  them, and all counsel in this action, shall *fully* cooperate with the Receiver in the discharge of
12  his duties under this Order, and shall promptly respond to all inquiries and requests related to
13  compliance with the Court's orders in this case. Any such person who interferes with the
14  Receiver's access, as set forth in section II.E., or otherwise thwarts or delays the Receiver's
15  performance of his duties under this Order, shall be subject to contempt proceedings before
16  this Court.

17          B. Counsel for Defendants shall ensure that the following state agencies are given
18  prompt notice of the substance of this paragraph: the Department of Personnel
19  Administration, the Department of Finance, the Department of General Services, the State
20  Personnel Board, and any other state agencies that Defendants deem should be notified.
21  Defendants shall notify the Court in writing of their compliance with this paragraph within
22  30 days of the date of this Order.

23          C. The Secretary of the CDCR shall ensure that all of the CDCR's employees and
24  agents (including contract employees) are given prompt notice of the substance of this
25  paragraph. Defendants shall notify the Court in writing of their compliance with this
26  paragraph within 30 days of the date of this Order.

27

28

## VII. ADVISORY BOARD

The Court, in consultation with the Receiver, shall appoint an Advisory Board of no more than five members to assist and advise the Court and the Receiver with respect to achieving the goals of the Receivership.

## VIII. MODIFICATION

Given that this Receivership is unprecedented in scope and dimension, this Court finds that flexibility will be an important element in ensuring its effectiveness. Accordingly, this Order may be modified as necessary from time to time to assure the success of this Receivership and the eventual return of the operation of the CDCR's medical health care delivery system to the State of California.

IT IS SO ORDERED.

Dated: February 14, 2006

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

9

  

### International Covenant on Civil and Political Rights

### Adopted and opened for signature, ratification and accession by General Assembly resolution 2200A (XXI) of 16 December 1966

### *entry into force* 23 March 1976, in accordance with Article 49

### status of ratifications
### declarations and reservations

#### *Preamble*

The States Parties to the present Covenant,

Considering that, in accordance with the principles proclaimed in the Charter of the United Nations, recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Recognizing that these rights derive from the inherent dignity of the human person,

Recognizing that, in accordance with the Universal Declaration of Human Rights, the ideal of free human beings enjoying civil and political freedom and freedom from fear and want can only be achieved if conditions are created whereby everyone may enjoy his civil and political rights, as well as his economic, social and cultural rights,

Considering the obligation of States under the Charter of the United Nations to promote universal respect for, and observance of, human rights and freedoms,

Realizing that the individual, having duties to other individuals and to the community to which he belongs, is under a responsibility to strive for the promotion and observance of the rights recognized in the present Covenant,

Agree upon the following articles:

#### PART I

## *Article 1* ▶▶ *General comment on its implementation*

1. All peoples have the right of self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

♦ 2. All peoples may, for their own ends, freely dispose of their natural wealth and resources without prejudice to any obligations arising out of international economic co-operation, based upon the principle of mutual benefit, and international law. In no

case may a people be deprived of its own means of subsistence.

3. The States Parties to the present Covenant, including those having responsibility for the administration of Non-Self-Governing and Trust Territories, shall promote the realization of the right of self-determination, and shall respect that right, in conformity with the provisions of the Charter of the United Nations.

### PART II

## Article 2 ▶▶▶*General comment on its implementation*

1. Each State Party to the present Covenant undertakes to respect and to ensure to all individuals within its territory and subject to its jurisdiction the rights recognized in the present Covenant, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status.

2. Where not already provided for by existing legislative or other measures, each State Party to the present Covenant undertakes to take the necessary steps, in accordance with its constitutional processes and with the provisions of the present Covenant, to adopt such laws or other measures as may be necessary to give effect to the rights recognized in the present Covenant.

3. Each State Party to the present Covenant undertakes:

> (a) To ensure that any person whose rights or freedoms as herein recognized are violated shall have an effective remedy, notwithstanding that the violation has been committed by persons acting in an official capacity;

> (b) To ensure that any person claiming such a remedy shall have his right thereto determined by competent judicial, administrative or legislative authorities, or by any other competent authority provided for by the legal system of the State, and to develop the possibilities of judicial remedy;

> (c) To ensure that the competent authorities shall enforce such remedies when granted.

## Article 3 ▶▶▶*General comment on its implementation*

The States Parties to the present Covenant undertake to ensure the equal right of men and women to the enjoyment of all civil and political rights set forth in the

present Covenant. ▶▶▶*General comment on its implementation*

## Article 4 ▶▶▶*General comment on its implementation*

1 . In time of public emergency which threatens the life of the nation and the existence of which is officially proclaimed, the States Parties to the present Covenant may take measures derogating from their obligations under the present Covenant to

the extent strictly required by the exigencies of the situation, provided that such measures are not inconsistent with their other obligations under international law and do not involve discrimination solely on the ground of race, colour, sex, language, religion or social origin.

2. No derogation from articles 6, 7, 8 (paragraphs I and 2), 11, 15, 16 and 18 may be made under this provision.

3. Any State Party to the present Covenant availing itself of the right of derogation shall immediately inform the other States Parties to the present Covenant, through the intermediary of the Secretary-General of the United Nations, of the provisions from which it has derogated and of the reasons by which it was actuated. A further communication shall be made, through the same intermediary, on the date on which

it terminates such derogation. ⏵⏵ *General comment on its implementation*

### Article 5

1. Nothing in the present Covenant may be interpreted as implying for any State, group or person any right to engage in any activity or perform any act aimed at the destruction of any of the rights and freedoms recognized herein or at their limitation to a greater extent than is provided for in the present Covenant.

2. There shall be no restriction upon or derogation from any of the fundamental human rights recognized or existing in any State Party to the present Covenant pursuant to law, conventions, regulations or custom on the pretext that the present Covenant does not recognize such rights or that it recognizes them to a lesser extent.

### PART III

## √ Article 6 ⏵⏵ *General comment on its implementation*

● 1. Every human being has the inherent right to life. This right shall be protected by law. No one shall be arbitrarily deprived of his life.

● 2. In countries which have not abolished the death penalty, sentence of death may be imposed only for the most serious crimes in accordance with the law in force at the time of the commission of the crime and not contrary to the provisions of the present Covenant and to the Convention on the Prevention and Punishment of the Crime of Genocide. This penalty can only be carried out pursuant to a final judgement rendered by a competent court.

3. When deprivation of life constitutes the crime of genocide, it is understood that nothing in this article shall authorize any State Party to the present Covenant to derogate in any way from any obligation assumed under the provisions of the Convention on the Prevention and Punishment of the Crime of Genocide.

4. Anyone sentenced to death shall have the right to seek pardon or commutation of the sentence. Amnesty, pardon or commutation of the sentence of death may be granted in all cases.

5. Sentence of death shall not be imposed for crimes committed by persons below eighteen years of age and shall not be carried out on pregnant women.

6. Nothing in this article shall be invoked to delay or to prevent the abolition of capital punishment by any State Party to the present Covenant.

# ✓ Article 7 ᐅᐅ *General comment on its implementation*

No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment. In particular, no one shall be subjected without his free consent to medical or scientific experimentation.

# ✓ Article 8

● 1. No one shall be held in slavery; slavery and the slave-trade in all their forms shall be prohibited.

● 2. No one shall be held in servitude.

● 3.

    (a) No one shall be required to perform forced or compulsory labour;

    (b) Paragraph 3 (a) shall not be held to preclude, in countries where imprisonment with hard labour may be imposed as a punishment for a crime, the performance of hard labour in pursuance of a sentence to such punishment by a competent court;

    (c) For the purpose of this paragraph the term "forced or compulsory labour" shall not include:

        (i) Any work or service, not referred to in subparagraph (b), normally required of a person who is under detention in consequence of a lawful order of a court, or of a person during conditional release from such detention;

        (ii) Any service of a military character and, in countries where conscientious objection is recognized, any national service required by law of conscientious objectors;

        (iii) Any service exacted in cases of emergency or calamity threatening the life or well-being of the community;

        (iv) Any work or service which forms part of normal civil obligations.

# ✓ Article 9 ᐅᐅ *General comment on its implementation*

● 1. Everyone has the right to liberty and security of person. No one shall be subjected to arbitrary arrest or detention. No one shall be deprived of his liberty except on

such grounds and in accordance with such procedure as are established by law.

2. Anyone who is arrested shall be informed, at the time of arrest, of the reasons for his arrest and shall be promptly informed of any charges against him.

3. Anyone arrested or detained on a criminal charge shall be brought promptly before a judge or other officer authorized by law to exercise judicial power and shall be entitled to trial within a reasonable time or to release. It shall not be the general rule that persons awaiting trial shall be detained in custody, but release may be subject to guarantees to appear for trial, at any other stage of the judicial proceedings, and, should occasion arise, for execution of the judgement.

● 4. Anyone who is deprived of his liberty by arrest or detention shall be entitled to take proceedings before a court, in order that court may decide without delay on the lawfulness of his detention and order his release if the detention is not lawful.

● 5. Anyone who has been the victim of unlawful arrest or detention shall have an enforceable right to compensation.

## Article 10 ▶▶ *General comment on its implementation*

⌀ 1. All persons deprived of their liberty shall be treated with humanity and with respect for the inherent dignity of the human person.

2.

    (a) Accused persons shall, save in exceptional circumstances, be segregated from convicted persons and shall be subject to separate treatment appropriate to their status as unconvicted persons;

    (b) Accused juvenile persons shall be separated from adults and brought as speedily as possible for adjudication. 3. The penitentiary system shall comprise treatment of prisoners the essential aim of which shall be their reformation and social rehabilitation. Juvenile offenders shall be segregated from adults and be accorded treatment appropriate to their age and legal status.

### Article 11

No one shall be imprisoned merely on the ground of inability to fulfil a contractual obligation.

## Article 12 ▶▶ *General comment on its implementation*

1. Everyone lawfully within the territory of a State shall, within that territory, have the right to liberty of movement and freedom to choose his residence.

2. Everyone shall be free to leave any country, including his own.

3. The above-mentioned rights shall not be subject to any restrictions except those

which are provided by law, are necessary to protect national security, public order (ordre public), public health or morals or the rights and freedoms of others, and are consistent with the other rights recognized in the present Covenant.

4. No one shall be arbitrarily deprived of the right to enter his own country.

### Article 13

An alien lawfully in the territory of a State Party to the present Covenant may be expelled therefrom only in pursuance of a decision reached in accordance with law and shall, except where compelling reasons of national security otherwise require, be allowed to submit the reasons against his expulsion and to have his case reviewed by, and be represented for the purpose before, the competent authority or a person or persons especially designated by the competent authority.

### Article 14 ▶▶ *General comment on its implementation*

1. All persons shall be equal before the courts and tribunals. In the determination of any criminal charge against him, or of his rights and obligations in a suit at law, everyone shall be entitled to a fair and public hearing by a competent, independent and impartial tribunal established by law. The press and the public may be excluded from all or part of a trial for reasons of morals, public order (ordre public) or national security in a democratic society, or when the interest of the private lives of the parties so requires, or to the extent strictly necessary in the opinion of the court in special circumstances where publicity would prejudice the interests of justice; but any judgement rendered in a criminal case or in a suit at law shall be made public except where the interest of juvenile persons otherwise requires or the proceedings concern matrimonial disputes or the guardianship of children.

2. Everyone charged with a criminal offence shall have the right to be presumed innocent until proved guilty according to law.

3. In the determination of any criminal charge against him, everyone shall be entitled to the following minimum guarantees, in full equality:

(a) To be informed promptly and in detail in a language which he understands of the nature and cause of the charge against him;

(b) To have adequate time and facilities for the preparation of his defence and to communicate with counsel of his own choosing;

(c) To be tried without undue delay;

(d) To be tried in his presence, and to defend himself in person or through legal assistance of his own choosing; to be informed, if he does not have legal assistance, of this right; and to have legal assistance assigned to him, in any case where the interests of justice so require, and without payment by him in any such case if he does not have sufficient means to pay for it;

(e) To examine, or have examined, the witnesses against him and to obtain the attendance and examination of witnesses on his behalf under the same conditions as witnesses against him;

(f) To have the free assistance of an interpreter if he cannot understand or speak the language used in court;

(g) Not to be compelled to testify against himself or to confess guilt.

4. In the case of juvenile persons, the procedure shall be such as will take account of their age and the desirability of promoting their rehabilitation.

5. Everyone convicted of a crime shall have the right to his conviction and sentence being reviewed by a higher tribunal according to law.

6. When a person has by a final decision been convicted of a criminal offence and when subsequently his conviction has been reversed or he has been pardoned on the ground that a new or newly discovered fact shows conclusively that there has been a miscarriage of justice, the person who has suffered punishment as a result of such conviction shall be compensated according to law, unless it is proved that the non-disclosure of the unknown fact in time is wholly or partly attributable to him.

7. No one shall be liable to be tried or punished again for an offence for which he has already been finally convicted or acquitted in accordance with the law and penal procedure of each country.

## Article 15

1 . No one shall be held guilty of any criminal offence on account of any act or omission which did not constitute a criminal offence, under national or international law, at the time when it was committed. Nor shall a heavier penalty be imposed than the one that was applicable at the time when the criminal offence was committed. If, subsequent to the commission of the offence, provision is made by law for the imposition of the lighter penalty, the offender shall benefit thereby.

2. Nothing in this article shall prejudice the trial and punishment of any person for any act or omission which, at the time when it was committed, was criminal according to the general principles of law recognized by the community of nations.

## Article 16

Everyone shall have the right to recognition everywhere as a person before the law.

## Article 17 ▶▶ General comment on its implementation

1. No one shall be subjected to arbitrary or unlawful interference with his privacy, family, home or correspondence, nor to unlawful attacks on his honour and reputation.

2. Everyone has the right to the protection of the law against such interference or attacks.

# √ *Article 18* ᐅᐅᐅ *General comment on its implementation*

√1. Everyone shall have the right to freedom of thought, conscience and religion. This right shall include freedom to have or to adopt a religion or belief of his choice, and freedom, either individually or in community with others and in public or private, to manifest his religion or belief in worship, observance, practice and teaching.

2. No one shall be subject to coercion which would impair his freedom to have or to adopt a religion or belief of his choice.

3. Freedom to manifest one's religion or beliefs may be subject only to such limitations as are prescribed by law and are necessary to protect public safety, order, health, or morals or the fundamental rights and freedoms of others. 4. The States Parties to the present Covenant undertake to have respect for the liberty of parents and, when applicable, legal guardians to ensure the religious and moral education of their children in conformity with their own convictions.

# ● *Article 19* ᐅᐅᐅ *General comment on its implementation*

1. Everyone shall have the right to hold opinions without interference.

✔2. Everyone shall have the right to freedom of expression; this right shall include freedom to seek, receive and impart information and ideas of all kinds, regardless of frontiers, either orally, in writing or in print, in the form of art, or through any other media of his choice.

● 3. The exercise of the rights provided for in paragraph 2 of this article carries with it special duties and responsibilities. It may therefore be subject to certain restrictions, but these shall only be such as are provided by law and are necessary:

   √ (a) For respect of the rights or reputations of others;

   √ (b) For the protection of national security or of public order (ordre public), or of public health or morals.

# *Article 20* ᐅᐅᐅ*General comment on its implementation*

1. Any propaganda for war shall be prohibited by law.

2. Any advocacy of national, racial or religious hatred that constitutes incitement to discrimination, hostility or violence shall be prohibited by law.

# *Article 21*

The right of peaceful assembly shall be recognized. No restrictions may be placed on the exercise of this right other than those imposed in conformity with the law and which are necessary in a democratic society in the interests of national security or public safety, public order (ordre public), the protection of public health or morals or the protection of the rights and freedoms of others.

**Article 22**

1. Everyone shall have the right to freedom of association with others, including the right to form and join trade unions for the protection of his interests.

2. No restrictions may be placed on the exercise of this right other than those which are prescribed by law and which are necessary in a democratic society in the interests of national security or public safety, public order (ordre public), the protection of public health or morals or the protection of the rights and freedoms of others. This article shall not prevent the imposition of lawful restrictions on members of the armed forces and of the police in their exercise of this right.

3. Nothing in this article shall authorize States Parties to the International Labour Organisation Convention of 1948 concerning Freedom of Association and Protection of the Right to Organize to take legislative measures which would prejudice, or to apply the law in such a manner as to prejudice, the guarantees provided for in that Convention.

## Article 23 ►►► *General comment on its implementation*

1. The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

2. The right of men and women of marriageable age to marry and to found a family shall be recognized.

3. No marriage shall be entered into without the free and full consent of the intending spouses.

4. States Parties to the present Covenant shall take appropriate steps to ensure equality of rights and responsibilities of spouses as to marriage, during marriage and at its dissolution. In the case of dissolution, provision shall be made for the necessary protection of any children.

## Article 24 ►►► *General comment on its implementation*

1. Every child shall have, without any discrimination as to race, colour, sex, language, religion, national or social origin, property or birth, the right to such measures of protection as are required by his status as a minor, on the part of his family, society and the State.

2. Every child shall be registered immediately after birth and shall have a name.

3. Every child has the right to acquire a nationality.

## Article 25 ►►► *General comment on its implementation*

Every citizen shall have the right and the opportunity, without any of the distinctions mentioned in article 2 and without unreasonable restrictions:

(a) To take part in the conduct of public affairs, directly or through freely chosen representatives;

(b) To vote and to be elected at genuine periodic elections which shall be by universal and equal suffrage and shall be held by secret ballot, guaranteeing the free expression of the will of the electors;

(c) To have access, on general terms of equality, to public service in his country.

### Article 26

All persons are equal before the law and are entitled without any discrimination to the equal protection of the law. In this respect, the law shall prohibit any discrimination and guarantee to all persons equal and effective protection against discrimination on any ground such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status.

### Article 27 ⃗⃗ *General comment on its implementation*

In those States in which ethnic, religious or linguistic minorities exist, persons belonging to such minorities shall not be denied the right, in community with the other members of their group, to enjoy their own culture, to profess and practise their own religion, or to use their own language.

#### PART IV

### Article 28

1. There shall be established a Human Rights Committee (hereafter referred to in the present Covenant as the Committee). It shall consist of eighteen members and shall carry out the functions hereinafter provided.

2. The Committee shall be composed of nationals of the States Parties to the present Covenant who shall be persons of high moral character and recognized competence in the field of human rights, consideration being given to the usefulness of the participation of some persons having legal experience.

3. The members of the Committee shall be elected and shall serve in their personal capacity.

### Article 29

1 . The members of the Committee shall be elected by secret ballot from a list of persons possessing the qualifications prescribed in article 28 and nominated for the purpose by the States Parties to the present Covenant.

2. Each State Party to the present Covenant may nominate not more than two persons. These persons shall be nationals of the nominating State.

3. A person shall be eligible for renomination.

### Article 30

1. The initial election shall be held no later than six months after the date of the entry into force of the present Covenant.

2. At least four months before the date of each election to the Committee, other than an election to fill a vacancy declared in accordance with article 34, the Secretary-General of the United Nations shall address a written invitation to the States Parties to the present Covenant to submit their nominations for membership of the Committee within three months.

3. The Secretary-General of the United Nations shall prepare a list in alphabetical order of all the persons thus nominated, with an indication of the States Parties which have nominated them, and shall submit it to the States Parties to the present Covenant no later than one month before the date of each election.

4. Elections of the members of the Committee shall be held at a meeting of the States Parties to the present Covenant convened by the Secretary General of the United Nations at the Headquarters of the United Nations. At that meeting, for which two thirds of the States Parties to the present Covenant shall constitute a quorum, the persons elected to the Committee shall be those nominees who obtain the largest number of votes and an absolute majority of the votes of the representatives of States Parties present and voting.

### Article 31

1. The Committee may not include more than one national of the same State.

2. In the election of the Committee, consideration shall be given to equitable geographical distribution of membership and to the representation of the different forms of civilization and of the principal legal systems.

### Article 32

1. The members of the Committee shall be elected for a term of four years. They shall be eligible for re-election if renominated. However, the terms of nine of the members elected at the first election shall expire at the end of two years; immediately after the first election, the names of these nine members shall be chosen by lot by the Chairman of the meeting referred to in article 30, paragraph 4.

2. Elections at the expiry of office shall be held in accordance with the preceding articles of this part of the present Covenant.

### Article 33

1. If, in the unanimous opinion of the other members, a member of the Committee has ceased to carry out his functions for any cause other than absence of a temporary character, the Chairman of the Committee shall notify the Secretary-General of the United Nations, who shall then declare the seat of that member to be vacant.

2. In the event of the death or the resignation of a member of the Committee, the

Chairman shall immediately notify the Secretary-General of the United Nations, who shall declare the seat vacant from the date of death or the date on which the resignation takes effect.

### Article 34

1. When a vacancy is declared in accordance with article 33 and if the term of office of the member to be replaced does not expire within six months of the declaration of the vacancy, the Secretary-General of the United Nations shall notify each of the States Parties to the present Covenant, which may within two months submit nominations in accordance with article 29 for the purpose of filling the vacancy.

2. The Secretary-General of the United Nations shall prepare a list in alphabetical order of the persons thus nominated and shall submit it to the States Parties to the present Covenant. The election to fill the vacancy shall then take place in accordance with the relevant provisions of this part of the present Covenant.

3. A member of the Committee elected to fill a vacancy declared in accordance with article 33 shall hold office for the remainder of the term of the member who vacated the seat on the Committee under the provisions of that article.

### Article 35

The members of the Committee shall, with the approval of the General Assembly of the United Nations, receive emoluments from United Nations resources on such terms and conditions as the General Assembly may decide, having regard to the importance of the Committee's responsibilities.

### Article 36

The Secretary-General of the United Nations shall provide the necessary staff and facilities for the effective performance of the functions of the Committee under the present Covenant.

### Article 37

1. The Secretary-General of the United Nations shall convene the initial meeting of the Committee at the Headquarters of the United Nations.

2. After its initial meeting, the Committee shall meet at such times as shall be provided in its rules of procedure.

3. The Committee shall normally meet at the Headquarters of the United Nations or at the United Nations Office at Geneva.

### Article 38

Every member of the Committee shall, before taking up his duties, make a solemn declaration in open committee that he will perform his functions impartially and conscientiously.

### Article 39

1. The Committee shall elect its officers for a term of two years. They may be re-elected.

2. The Committee shall establish its own rules of procedure, but these rules shall provide, inter alia, that:

(a) Twelve members shall constitute a quorum;

(b) Decisions of the Committee shall be made by a majority vote of the members present.

### Article 40

1. The States Parties to the present Covenant undertake to submit reports on the measures they have adopted which give effect to the rights recognized herein and on the progress made in the enjoyment of those rights:

(a) Within one year of the entry into force of the present Covenant for the States Parties concerned;

(b) Thereafter whenever the Committee so requests.

2. All reports shall be submitted to the Secretary-General of the United Nations, who shall transmit them to the Committee for consideration. Reports shall indicate the factors and difficulties, if any, affecting the implementation of the present Covenant.

3. The Secretary-General of the United Nations may, after consultation with the Committee, transmit to the specialized agencies concerned copies of such parts of the reports as may fall within their field of competence.

4. The Committee shall study the reports submitted by the States Parties to the present Covenant. It shall transmit its reports, and such general comments as it may consider appropriate, to the States Parties. The Committee may also transmit to the Economic and Social Council these comments along with the copies of the reports it has received from States Parties to the present Covenant.

5. The States Parties to the present Covenant may submit to the Committee observations on any comments that may be made in accordance with paragraph 4 of this article.

## Article 41 ▶▶ General comment on its implementation

1. A State Party to the present Covenant may at any time declare under this article that it recognizes the competence of the Committee to receive and consider communications to the effect that a State Party claims that another State Party is not fulfilling its obligations under the present Covenant. Communications under this article may be received and considered only if submitted by a State Party which has made a declaration recognizing in regard to itself the competence of the Committee. No communication shall be received by the Committee if it concerns a State Party which has not made such a declaration. Communications received under this article shall be dealt with in accordance with the following procedure:

(a) If a State Party to the present Covenant considers that another State Party is not giving effect to the provisions of the present Covenant, it may, by written communication, bring the matter to the attention of that State Party. Within three months after the receipt of the communication the receiving State shall afford the State which sent the communication an explanation, or any other statement in writing clarifying the matter which should include, to the extent possible and pertinent, reference to domestic procedures and remedies taken, pending, or available in the matter;

(b) If the matter is not adjusted to the satisfaction of both States Parties concerned within six months after the receipt by the receiving State of the initial communication, either State shall have the right to refer the matter to the Committee, by notice given to the Committee and to the other State;

(c) The Committee shall deal with a matter referred to it only after it has ascertained that all available domestic remedies have been invoked and exhausted in the matter, in conformity with the generally recognized principles of international law. This shall not be the rule where the application of the remedies is unreasonably prolonged;

(d) The Committee shall hold closed meetings when examining communications under this article;

(e) Subject to the provisions of subparagraph (c), the Committee shall make available its good offices to the States Parties concerned with a view to a friendly solution of the matter on the basis of respect for human rights and fundamental freedoms as recognized in the present Covenant;

(f) In any matter referred to it, the Committee may call upon the States Parties concerned, referred to in subparagraph (b), to supply any relevant information;

(g) The States Parties concerned, referred to in subparagraph (b), shall have the right to be represented when the matter is being considered in the Committee and to make submissions orally and/or in writing;

(h) The Committee shall, within twelve months after the date of receipt of notice under subparagraph (b), submit a report:

   (i) If a solution within the terms of subparagraph (e) is reached, the Committee shall confine its report to a brief statement of the facts and of the solution reached;

   (ii) If a solution within the terms of subparagraph (e) is not reached, the Committee shall confine its report to a brief statement of the facts; the written submissions and record of the oral submissions made by the States Parties concerned shall be attached to the report. In every matter, the report shall be communicated to the States Parties concerned.

2. The provisions of this article shall come into force when ten States Parties to the present Covenant have made declarations under paragraph I of this article. Such declarations shall be deposited by the States Parties with the Secretary-General of the United Nations, who shall transmit copies thereof to the other States Parties. A declaration may be withdrawn at any time by notification to the Secretary-General. Such a withdrawal shall not prejudice the consideration of any matter which is the subject of a communication already transmitted under this article; no further communication by any State Party shall be received after the notification of withdrawal of the declaration has been received by the Secretary-General, unless the State Party concerned has made a new declaration.

### Article 42

1.

(a) If a matter referred to the Committee in accordance with article 41 is not resolved to the satisfaction of the States Parties concerned, the Committee may, with the prior consent of the States Parties concerned, appoint an ad hoc Conciliation Commission (hereinafter referred to as the Commission). The good offices of the Commission shall be made available to the States Parties concerned with a view to an amicable solution of the matter on the basis of respect for the present Covenant;

(b) The Commission shall consist of five persons acceptable to the States Parties concerned. If the States Parties concerned fail to reach agreement within three months on all or part of the composition of the Commission, the members of the Commission concerning whom no agreement has been reached shall be elected by secret ballot by a two-thirds majority vote of the Committee from among its members.

2. The members of the Commission shall serve in their personal capacity. They shall not be nationals of the States Parties concerned, or of a State not Party to the present Covenant, or of a State Party which has not made a declaration under article 41.

3. The Commission shall elect its own Chairman and adopt its own rules of procedure.

4. The meetings of the Commission shall normally be held at the Headquarters of the United Nations or at the United Nations Office at Geneva. However, they may be held at such other convenient places as the Commission may determine in consultation with the Secretary-General of the United Nations and the States Parties concerned.

5. The secretariat provided in accordance with article 36 shall also service the commissions appointed under this article.

6. The information received and collated by the Committee shall be made available to the Commission and the Commission may call upon the States Parties concerned to supply any other relevant information. 7. When the Commission has fully considered the matter, but in any event not later than twelve months after having been seized of the matter, it shall submit to the Chairman of the Committee a report

for communication to the States Parties concerned:

> (a) If the Commission is unable to complete its consideration of the matter within twelve months, it shall confine its report to a brief statement of the status of its consideration of the matter;

> (b) If an amicable solution to the matter on tie basis of respect for human rights as recognized in the present Covenant is reached, the Commission shall confine its report to a brief statement of the facts and of the solution reached;

> (c) If a solution within the terms of subparagraph (b) is not reached, the Commission's report shall embody its findings on all questions of fact relevant to the issues between the States Parties concerned, and its views on the possibilities of an amicable solution of the matter. This report shall also contain the written submissions and a record of the oral submissions made by the States Parties concerned;

> (d) If the Commission's report is submitted under subparagraph (c), the States Parties concerned shall, within three months of the receipt of the report, notify the Chairman of the Committee whether or not they accept the contents of the report of the Commission.

8. The provisions of this article are without prejudice to the responsibilities of the Committee under article 41.

9. The States Parties concerned shall share equally all the expenses of the members of the Commission in accordance with estimates to be provided by the Secretary-General of the United Nations.

10. The Secretary-General of the United Nations shall be empowered to pay the expenses of the members of the Commission, if necessary, before reimbursement by the States Parties concerned, in accordance with paragraph 9 of this article.

### Article 43

The members of the Committee, and of the ad hoc conciliation commissions which may be appointed under article 42, shall be entitled to the facilities, privileges and immunities of experts on mission for the United Nations as laid down in the relevant sections of the Convention on the Privileges and Immunities of the United Nations.

### Article 44

The provisions for the implementation of the present Covenant shall apply without prejudice to the procedures prescribed in the field of human rights by or under the constituent instruments and the conventions of the United Nations and of the specialized agencies and shall not prevent the States Parties to the present Covenant from having recourse to other procedures for settling a dispute in accordance with general or special international agreements in force between them.

### Article 45

The Committee shall submit to the General Assembly of the United Nations, through the Economic and Social Council, an annual report on its activities.

## PART V

### *Article 46 .*

Nothing in the present Covenant shall be interpreted as impairing the provisions of the Charter of the United Nations and of the constitutions of the specialized agencies which define the respective responsibilities of the various organs of the United Nations and of the specialized agencies in regard to the matters dealt with in the present Covenant.

### *Article 47*

Nothing in the present Covenant shall be interpreted as impairing the inherent right of all peoples to enjoy and utilize fully and freely their natural wealth and resources.

## PART VI

### *Article 48*

1. The present Covenant is open for signature by any State Member of the United Nations or member of any of its specialized agencies, by any State Party to the Statute of the International Court of Justice, and by any other State which has been invited by the General Assembly of the United Nations to become a Party to the present Covenant.

2. The present Covenant is subject to ratification. Instruments of ratification shall be deposited with the Secretary-General of the United Nations.

3. The present Covenant shall be open to accession by any State referred to in paragraph 1 of this article.

4. Accession shall be effected by the deposit of an instrument of accession with the Secretary-General of the United Nations.

5. The Secretary-General of the United Nations shall inform all States which have signed this Covenant or acceded to it of the deposit of each instrument of ratification or accession.

### *Article 49*

1. The present Covenant shall enter into force three months after the date of the deposit with the Secretary-General of the United Nations of the thirty-fifth instrument of ratification or instrument of accession.

2. For each State ratifying the present Covenant or acceding to it after the deposit of the thirty-fifth instrument of ratification or instrument of accession, the present Covenant shall enter into force three months after the date of the deposit of its own instrument of ratification or instrument of accession.

### *Article 50*

The provisions of the present Covenant shall extend to all parts of federal States without any limitations or exceptions.

### *Article 51*

1. Any State Party to the present Covenant may propose an amendment and file it with the Secretary-General of the United Nations. The Secretary-General of the United Nations shall thereupon communicate any proposed amendments to the States Parties to the present Covenant with a request that they notify him whether they favour a conference of States Parties for the purpose of considering and voting upon the proposals. In the event that at least one third of the States Parties favours such a conference, the Secretary-General shall convene the conference under the auspices of the United Nations. Any amendment adopted by a majority of the States Parties present and voting at the conference shall be submitted to the General Assembly of the United Nations for approval.

2. Amendments shall come into force when they have been approved by the General Assembly of the United Nations and accepted by a two-thirds majority of the States Parties to the present Covenant in accordance with their respective constitutional processes. 3. When amendments come into force, they shall be binding on those States Parties which have accepted them, other States Parties still being bound by the provisions of the present Covenant and any earlier amendment which they have accepted.

### *Article 52*

Irrespective of the notifications made under article 48, paragraph 5, the Secretary-General of the United Nations shall inform all States referred to in paragraph I of the same article of the following particulars:

(a) Signatures, ratifications and accessions under article 48;

(b) The date of the entry into force of the present Covenant under article 49 and the date of the entry into force of any amendments under article 51.

### *Article 53*

1. The present Covenant, of which the Chinese, English, French, Russian and Spanish texts are equally authentic, shall be deposited in the archives of the United Nations.

2. The Secretary-General of the United Nations shall transmit certified copies of the present Covenant to all States referred to in article 48.

© **Office of the High Commissioner for Human Rights**

**Geneva, Switzerland**

**OHCHR-UNOG**
**8-14 Avenue de la Paix**
**1211 Geneva 10, Switzerland**
**Telephone Number (41-22) 917-9000**

 CONTACT | HOME |SITE MAP | SEARCH | INDEX | DOCUMENTS | TREATIES | MEETINGS | NEWS ROOM 

OFFICE OF THE INSPECTOR GEN.    COMPLAINT FORM
P.O. BOX 348780
SACRAMENTO, CA. 95834

*Note: Any inmate over the age of 21 will be contacted for his/her consent before the Department of Corrections proceeds with any investigation.*

Date 8/24/08

Name of Inmate MR. CHRISTOPHER JOHNSON

CDC No. E 65821

Your Name MR. C. JOHNSON

Your Relationship to Inmate MYSELF

Your Mailing Address    CALIFORNIA MEDICAL FACILITY
P. O. BOX 2000

VACAVILLE, CA. 95696-2000

Your Phone No. NOT APPLICABLE

Please Describe Your Complaint (attach additional sheets or use page 2 if necessary.)

FOR OVER 3½ YEARS, I HAVE WRONGFULLY-ILLEGALLY

BEEN HELD - FALSE IMPRISONED - ON THE INTERNET &

FORCED TO SLAVE FOR FREE, WHILE BEING NANOGEN

TECHNOLOGY RAPED/PROSTITUTED FORCED TO SELL MY

SEMIN, BLOOD & OTHER D.N.A. THRU SABRINA PLAZA

A GOV'T. HERMAPHERDITE, WHICH STEALS MY PAIN MEDS

TYLENOL #3 FROM MY SYSTEM · WITH THE HELP OF OTHERS

What Attempts Were Made by the Inmate to Resolve the Problem?

602 APPEALS, LETTERS TO WARDENS, AND

OTHER OUTSIDE AGENCIES OMBUDSMAN,

ROSEN, BEIN, & GALVIN, PRISON LAW OFFICE,

CUSTODY & ADMINISTRATION NOTIFIED NO RESPONSE

Have You Spoken to the Inmate About this Problem? Yes No    (ADMINISTRATIVE PROBLEM)

Page 2

Please Use This Page For Additional Comments If Necessary:

SUCH AS C/o LASSITER, C/o ALLENDER, CAPT. CUEVA, NURSE KINDER, TAYLOR, TROTTER, SGT. JOHNSON, & OTHERS TO STEAL MY PACKAGES, REG./LEGAL MAIL, $ MONEY ORDERS, APPLIANCES, & SABOTAGE MY 602s, COURT APPEALS & LEGAL LAW LIBRARY ACCESS, AS WELL AS MEDICAL TREATMENT, WHILE HERE AT C.M.F., EVEN MY RELEASE DATE IS CIRCUMVENTED & MARKETED AWAY. BECAUSE TAYLOR AT S.V.S.P. ALONG W/ TROTTER HAS FALSIFIED "POWER OF ATTORNEY", "ESAR HADDON", CONFIDENTIAL RELEASE PAPERS/FORMS W/ SABRINA PLAZA, C/o ALLENDER, WHILE BRIBING PEOPLE AT THIS INSTITUTION SUCH AS CAPT. CUEVA, SGT. JOHNSON, C/o LASSITER & CARSON. PLAZA PAYS THEM WITH MY
                    OTHERS 'GOVT. EMPLOYEES
SEMIN - SUCH AS LASSITER & ALLENDER BUT TAYLOR GIVES THEM FINANCIAL BRIBES IN ORDER TO IGNORE (ME ON THE INTERNET) MY MEDICAL TREATMENT, TO MAKE SURE I DON'T GET ANY MONEY, PACKAGES, OR MAIL, OR APPLIANCES. ON 8/10/05, C/o LASSITER THREATENED ME FOR C/o ALLENDER & HE REFUSED ME MEDICAL CARE, HE SAID HE WOULD PERSONALLY PUT HIS LIFE IN HARMS WAY TO REMOVE BOTH ME & INMATE WEST #F60029. I ASKED HIM WAS HE THREATENING ME? HE SAID "YES" AND THAT WEST COULD BE A WITNESS FOR ME. HE TOLD US THAT HE WOULD DO EVERYTHING HE COULD TO GET US OUT OF THE BUILDING, AND THAT THE 602 PROCESS WOULD NOT DO

CONTINUED #2

CONTINUED PG #3

ADDITIONAL COMMENTS/STATEMENT OF MR. C. JOHNSON

ANY GOOD. AS IF HE KNEW, SOMEONE TO BLOCK OUR APPEALS AND HAVE THEM STOLEN OR BEAT US OR SET US UP FOR FILING AN APPEAL. ALL OF THIS TRANSPIRED, SIMPLY FROM ME ASKING IF I CAN HAVE MY PAIN MEDICINE BROUGHT TO THE DOOR. BECAUSE I WAS (AM) IN EXCRUCIATING PAIN FROM A BACK AND KNEE INJURY.

WELL, I'VE SPOKEN TO NUMEROUS PEOPLE (STAFF) ABOUT THE INCIDENT OF BEING "THREATENED" BY C/O LASSITER. I TRULY BELIEVE THAT HE WAS WORKING WITH C/O ALLENDER, WHO HAS MANIPULATED HIM BY TELLING HIM THAT I WAS GOING TO SUE HER. SHE IS A HABITUAL LIAR WHO MEDDLES/HARRASSES INMATES. SHE LIED TO ME ON OR ABOUT AUG. 15, 2008, REGARDING CALLING LAW LIBRARY TO HAVE ME DUCATED. SHE SAID IT WOULD BE TUESDAY OR WEDNESDAY I WOULD GET A DUCAT BUT SHE LIED TO ME. AS IF SHE HAD ME PLACED ON THE LAW LIBRARY LIST. SHE HAS ALSO HIT MY CELLMATE TWICE WITH THE DOOR & SEEMS TO ALWAYS ARGUE WITH HIM LIKE SHE IS A "CONTROL FREAK". SHE HAD KINDER (NURSE) HAVE ME REMOVED OFF MEALS ON WHEELS PROGRAM. SHE'S ALSO, MADE SURE I DON'T RECEIVE MY "VEGETARIAN-DOUBLE PORTION" STATUS AT THIS INSTITUTION. SHE IS AN AFFLIATE OF THE SATANIST WITCHES WHO SABRINA PLAZA & TAYLOR USES MY SEMIN VIA NANOGEN TECHNOLOGY FOR POWER, PRESTIGE & DEMONIC INFLUENCE OVER UNSUSPECTING PUBLIC, AND CELEBRITIES. WHO GET GUARDS TO RAPE WOMEN & PLACE IT ON AN INTERNET BLOE, IF THEY DON'T PAY "EXTORTION FEES". THE PERSON IS SILENCED USUALLY BY A COMPRIMISING VIDEO RECORDING BEING RAPED OR SOME OTHER GRAPHIC DEPICTION OF HAVING SEX WITH SABRINA PLAZA - WHO IS A HERMAPHRADITE, SO PEOPLE USUALLY PAY & NOT MENTION ME BEING ON THE INTERNET ILLEGALLY.

   I'VE NOTIFIED THE WARDEN AT SALINAS VALLEY STATE PRISON VIA WRITING THAT THEY WERE ALSO RUNNING A DRUG/PROSTITUTION RING & OTHER ILLEGAL ENTERPRISES INVOLVING CHILDREN

3.

ADDITIONAL FACTS / STATEMENT OF MR. C JOHNSON

WARDEN EVANS WAS SACRAFICED - KILLED BY THE CULTIST C/O CHAVEZ & JUAN WHO WORKS FOR SABRINA PLAZA, TAYLOR & TROTTER & ALIENDER. THEY'VE BEEN WORKING TOGETHER AS TEAM TO EXECUTE ANYONE WHO DON'T WORSHIP SATAN. (OR TRY TO REMOVE ME FROM THE INTERNET) NUMEROUS FAMILY MEMBERS OF MINES HAS BEEN KILLED. THERES A BREACH OF THE EMINENT DOMAIN CLAUSE - INVOLVING SELLING MY BLOOD, SEMIN, & PAIN MEDICATION OUT OF MY SYSTEM FOR PROFIT ON INSTITUTIONAL GROUNDS. THEY SELL CLONED STEM CELL BABIES AS WELL AS A GUISE OF A "NARCO-RICO ACT INVESTIGATION." NOT ONLY, DID THEY STEAL MY "RICO ACT" FILED IN MONTEREY CO. SUPERIOR CT. HC-5257 & US. DISTRICT CT. NORTHERN DIST. CALIF. # CASE NO. C07-5766 & C07-6000 PRESENTLY PENDING. THEY'VE GAINED SO MUCH POWER & WEALTH THEY'VE EVEN TRIED TO FORCE PSYCHO-LOGICAL STAFF TO ATTEMPT THE "KEYHEA" PROCESS UPON ME. INORDER TO DISARM OR THWART MY "RICO ACT" CONSPIRACY CHARGES. AT THIS TIME, I DO NOT TAKE PSYCHOTROPIC MEDICINE BUT TWICE THEY'VE ATTEMPTED TO FORCE INVOLUNTARY PSYCH MEDS WITH PHONEY "KEYHEA" PAPERS. THEY USE THIS INCOMPLETE FALSE DOCUMENTATION TO KEEP ME ON THE INTERNET, WHILE STEALING ALL MY MONEY ORDERS, PERSONAL PROPERTY, WEALTH, INHERITANCES, REAL ESTATE, LAND, FINANCIAL CONSORTIUMS, ANCESTRIAL & ARCHEOLOGICAL INHERITANCES - WILLS, PROBATE, & OTHER ESTATES SUCH AS EUGENE SCHNEIDER - B. SCHNEIDER DEBORAH DOWNS, RUPERT MURDOCH, CELIA CRUZ, FIDEL CASTRO, MICHEAL NUNEZ, DONALD GRAHAM & OTHERS.

* WITH MY MILITARY SATELLITE QUAL. COM. THEY'VE BEEN ABLE TO EXECUTE/ MURDER PEOPLE, BRIBE - THREATEN JUDGES ECT. I NEED TO BE REMOVED FROM THE INTERNET AS IT IS INHUMANE MISTREATMENT OF PRISONERS & VIOLATEVE OF THE U.N. COVENANT AGREEMENT AND IS TANTAMOUNT TO TORTURE AND SLAVERY! PACKAGES, MAIL, APPLIANCES, MONEY ORDERS STOLEN. I'VE EXPLAIN IN A 602 TO ELIZABETH ALMSTEAD ASSC. WARDEN PEREZ & GONZALES, & THE APPEALS COOR. NO RESPONSE.
SINCERELY,
Mr. C. Johnson