FILED

NOV 04 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| In re: CHRISTOPHER JOHNSON.                                                    | No. 08-73802                                                                 |
|---|---|
| CHRISTOPHER JOHNSON,  Petitioner,  v.  UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,  Respondent,  EVANS, Warden; et al.,  Real Parties in Interest. | D.C. No. 3:07-CV-06000-WHA Northern District of California, San Francisco  ORDER |

Before: TROTT, GOULD and TALLMAN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

rb/MOATT